# EXHIBIT B: KINGSTON GLEANER ARTICLES

**NOTICE**

**FAH MEE RESTAURANT**
**46 Half Way Tree Road**
**Kgn. 5**

We thank our dear customers for their support in the past.
We are pleased now to inform you that we are back in business with an improved atmosphere. We are sorry for the inconvenience in the past.

*Our opening times*

Monday - Thursday 11:00 a.m. - 7:00 p.m.
Friday 11:00 a.m. - 8:00 p.m.
Saturday 11:00 a.m. - 7:00 p.m.

**Phone 67789 & 64696**

Radhêê® **Conditioners and Shampoo wants you to**

**EXPLORE THE CARIBBEAN**

**Four lucky winners will get expense paid trips to ANTIGUA, BARBADOS, ST. MAARTEN and JAMAICA.**

**SEE Flair and the Sunday Magazine**

***The more you enter... the better your chance to Win!***

# Entertainment

## 'Kokomo' keeps Beach Boys atop US chart

NEW YORK November 10, AP:

"KOKOMO" and the Beach Boys stayed on for the second week in a row Wednesday at the top of the single pop record charts in the United States.

The Escape Club's "Wild, Wild West" moved up one notch to second place on the **Cash Box Magazine** chart, while Bon Jovi's "Bad Medicine" hopped from fourth to third position.

Last week's Number Two hit, "Groovy Kind Of Love" by Phil Collins, toppled to seventh.

"How Can I Fall" by Breathe jumped onto the Top 10 list, up from 11 to 9. The week's only other newcomer was a double-header--"Baby, I Love Your Way" and "Freebird Medley (Free Baby)" by Will To Power, up from 13 to 10.

As for the Country-and-Western singles, Southern Pacific's "New Shade Of Blue" took over the top of the **Cash Box Magazine** chart. "Runaway Train" by Rosanne Cash was second, and "Desperately" by Don Williams was third.

The Top 10 pop singles, as rated by **Cash Box Magazine**, with last week's positions in brackets:

1. (1) Kokomo--The Beach Boys (Elektra).
2. (3) Wild, Wild West--The Escape Club (Atlantic).
3. (4) Bad Medicine--Bon Jovi (Mercury-Polygram).
4. (5) The Loco-Motion--Kylie Minogue (Geffen).
5. (7) Desire--U2 (Island).
6. (6) One Moment In Time--Whitney Houston (Arista).
7. (2) Groovy Kind Of Love--Phil Collins (Atlantic).
8. (10) Kissing A Fool--George Michael (Columbia).
9. (11) How Can I Fall--Breathe (A and M).
10.(13) Baby, I Love Your Way-Freebird Medley (Free Baby)--Will To Power (Epic).

The Top 10 Country-Western singles, as rated by **Cash Box Magazine**, with lastweek's positions in brackets:

1. (4) New Shade Of Blue--Southern Pacific (Warner Brothers).
2. (1) Runaway Train--Rosanne Cash (Columbia).
3. (5) Desperately--Don Williams (Capitol).
4. (8) I've Been Lookin'--The Nitty Gritty Dirt Band (Warner Brothers).
5. (7) I'll Leave This World Loving You--Ricky Van Shelton (Columbia).
6. (2) Summer Wind--The Desert Rose Band (MCA-Curb).
7. (9) Boogie Woogie Fiddle Country Blues--Charlie Daniels Band (Epic).
8. (11) I Know How He Feels--Reba McEntire (MCA).
9. (8) What Do You Want From Me This Time--Foster and Lloyd (RCA).
10.(12) If You Ain't Lovin' (You Ain't livin')--George Strait (MCA).

**LONDON AP:**

Milli Vanilli, the Franco-German male duo, took top place in this week's British pop chart with their dance song "Girl You Know It's True".

"Orinoco Flow' by Irish folk-rock singer Enya, former lead singer for Clannad, dropped to second place after two successive weeks at the top.

American singer Robin Beck entered the top 10 at no. 3 with "First Time".

This week's top 10 singles, as listed by **Our Price Music Ltd.** the national music retail chain, with last week's placings in brackets:

1. (4) Girl You Know It's True--Milli Vanilli--Cool Tempo
2. (1) Orinoco Flow--Enya--Wea
3. (-) First Time--Robin Beck--Mercury
4. (7) Stand Up For Your Love Rights--Yazz--EIG Life .
5. (6) She Makes My Day--Robert Palmer--EMI
6. (2) Je Ne Sais Pourquoi--Kylie Minogue--PWL
7. (3) Kiss--Art of Noise with Tom Jones--China
8. (5) We Call It Acieed--D. Mob--London
9. (-) Real Gone Kid--Deacon Blue--CBS
10.(8) Harvest For The World--Christians--Island

## Gleaner Top Ten

Compiled for the Gleaner by Howard McGowan

### Flourgon Run Things

The Gleaner Top Ten compiled for the week ending November 5, shows Red Man International with yet another No. 1 song, this time its Flourgon's "We Run Things".

The sensational news however must be the rise of Lovindeer's "Wild Gilbert" into the No.3 slot from the Shots to Watch section a week ago.

With this sort of movement the stay at the top for Flourgon may well be a very short one as "Wild Gilbert" continues to turn over the cash registers keys.

With the success of Flourgon it marks the first solo effort by a DJ to top the chart for some time.

DJ Ninja Man has done so twice but both times in the company of singers. Firstly, it was on "Protection" with Courtney Melody and then "Take Time to Know Her" with Tinga Stewart.

Lovindeer's "Wild Gilbert" is the week's only newcomer and this one came in at the expense of "Crusing" by Kotch.

The second Flourgon entry "One Foot Skank" on the Techniques label is falling, but Flourgon is right there in the Shots to Watch mighty Jammys label could give him another Top Ten hit soon.

Admiral Bailey's "Orginial Della Move" is moving up the chart now sitting in the No. 7 spot against 10 the week before.

The sole foreign entry continues to be former chart-topper "One More Try" by George Michael.

The chart is just about even in the amount of singers and DJs in the Top Ten.

Below are the songs with last week's position in brackets.

1 (3) "We Run Things", Flourgon; Red Man International.
2 (1) "Rumours", Gregory Isaacs; Music Works.
3 (-) "Wild Gilbert", Lovindeer; TSOJ.
4 (2) "One More Try", George Michael; Columbia.
5 (4) "Cover Me"; Tinga Stewart and Ninja; Pickout.
6 (9) "Return of the Don", Pinchers; Supreme.
7 (10) "Original Della Move", Admiral Bailey; Jammys.
8 (6) "Duck", Red Dragon; Jammys.
7 (7) "One Foot Skank", Flourgon; Techniques.

Winston Lee's PAGODA Restaurant
5 BELMONT ROAD, KINGSTON 5
PHONE 62561 OR 93182

**CATERING**
*FOR*
● *OFFICE PARTIES for CHRISTMAS*
***The only Delivery Service to accept Key Card***
**Delicious Chinese Food**
● **Phone & Pick-up your order**

KEYCARD ACCEPTED HERE
WESTERN FRIED CHICKEN

# PALACE AMUSEMENT

Grand OPENING TODAY (A)

CARIB 1 p.m., 5 p.m. & 8 p.m. | HARBOUR VIEW 7:00 & 9:15 p.m. | REGAL 5 p.m. & 8 p.m. | ODEON 7:00 & 9:15 p.m.

SCHWARZENEGGER

I AM IVAN DANKO, MOSCOW POLICE. I AM ON SPECIAL ASSIGNMENT IN CHICAGO. VERY STRANGE CITY. THE CRIME IS ORGANIZED.

THE POLICE IS NOT.

I'M ASSIGNED TO PARTNER THIS RUSSIAN COP. HE CAME TO STOP AN INTERNATIONAL CRIME RING. NOW HE WANTS TO CLEAN UP CHICAGO OVERNIGHT. NO WAY.

IT'S GONNA TAKE HIM AT LEAST A WEEK.

REDHEAT

BELUSHI

— Sorry No Complimentary Passes —

SOUTHDALE PLAZA

section with "Bounce" this on the

## TONIGHT 8:00 P.M.

*The people's favourite roots play*

## OBEAH WEDDING

NEW REVISED

Written & Produced by: RALPH HOLNESS

Directed by: DELROY ROACHE

plays at

OCEANA HOTEL BALLROOM

TONIGHT — 8:00 P.M.
Tickets at Lee's Fifth Avenue, Tropical Plaza and at the Hotel daily

gon: Techniques.

8 (8) "One Big Family", Half Pint: Powerhouse.

Shots to Watch: "Kill Sound Boy" by Banana Man: "Bounce" by Flourgon and "Bye Bye Happiness" by Trevor Sparks.

The Top Ten is compiled from sales by leading record shops and is a consensus. The shops which assisted this week are: Disco Land, Off- The Record, Derrick Harriott, Arabic Records and Music Fair.

*Meet Over Lunch at... The Setting*

Mondays to Saturdays
12:00 - 3:00 p.m.
9 Phoenix Ave.
Kingston 11
Telephone 92-67830

PULSE PRESENTS

# PULSE FASHION FESTIVAL

NOV. 19-20, JAMAICA PEGASUS HOTEL

SAT., NOV. 19

*Sandra Kennedy* AND CHAD COLLECTIONS 1988-89

NEW DESIGNS BY SANDRA KENNEDY
WINNER OF 4 FASHION EXCELLENCE AWARDS FOR 1987

SHOW OF THE YEAR · DESIGNER OF THE YEAR

Elite International model: Erica Aquart

SUN., NOV. 20

*The Pulse Fashion Revue*

THE JAMAICA COLLECTIONS 1988-89

FEATURING THE NEW GENERATION OF TOP JAMAICAN DESIGNERS

- CARILLON
- MICHONI
- CAJ
- MONCRIEFFE
- DIONNE DUNCAN
- SPUNK
- C'EST BON

*GAIETY* (A) Eddie Murphy COMING TO AMERICA

● SATURDAY ●

*CARIB* 10 a.m. (A) Triple
● THE KILLER
● The GUERILLAS
● DEADLY TRACKERS

*REGAL* 10 a.m. (A) Triple
● A Night On The Town
● Shaolin Abbot ● Return of The One Armed Swordsman

*CARIB SUNDAY 10 a.m. Triple (A)*
Under The Rainbow ● Bachelor Party ● Rolling Vengeance.

NEWSPAPERARCHIVE®

DESIGNER OF THE YEAR

ACCESSORIES BY ITAL CRAFT HEADWARE BY HUBONEY'S

*See The Best of Jamaican Fashion*
*Modelled by Jamaica's Top Models from Pulse*

SANDRA KENNEDY COLLECTIONS PRESENTED IN ASSN WITH

SMIRNOFF
GOOD FRIENDS AND SMIRNOFF - BEYOND THE ORDINARY
Palmolive SHAMPOO
*Makes hair come alive*
MOUNTAIN PEAK
INSTANT COFFEE
*Extraordinary*

ADMISSION:
$60 each night
Season ticket $100
Available at The Pegasus & Pulse, 3 Ardenne Rd Kgn 10

PULSE FASHION REVUE PRESENTED IN ASSN WITH

SMIRNOFF
GOOD FRIENDS AND SMIRNOFF - BEYOND THE ORDINARY
impulse
MOUNTAIN PEAK
INSTANT COFFEE
*Extraordinary*
Ferrol

VIDEO ENHANCED! EXCITING NEW CHOREOGRAPHY!

NEWSPAPERARCHIVE®

**NOTICE**

**FAH MEE RESTAURANT**
**46 Half Way Tree Road**
**Kgn. 5**

We thank our dear customers for their support in the past.
We are pleased now to inform you that we are back in business with an improved atmosphere. We are sorry for the inconvenience in the past.

*Our opening times*

Monday - Thursday 11:00 a.m. - 7:00 p.m.
Friday 11:00 a.m. - 8:00 p.m.
Saturday 11:00 a.m. - 7:00 p.m.

**Phone 67789 & 64696**

Radhee® **Conditioners and Shampoo** wants you to

**EXPLORE THE CARIBBEAN**

**Four lucky winners will get expense paid trips to ANTIGUA, BARBADOS, ST. MAARTEN and JAMAICA.**

**SEE Flair and the Sunday Magazine**

***The more you enter... the better your chance to Win!***

# Entertainment

## 'Kokomo' keeps Beach Boys atop US ch

NEW YORK November 10, AP:

"KOKOMO" and the Beach Boys stayed on for the second week in a row Wednesday at the top of the single pop record charts in the United States.

The Escape Club's "Wild, Wild West" moved up one notch to second place on the **Cash Box Magazine** chart, while Bon Jovi's "Bad Medicine" hopped from fourth to third position.

Last week's Number Two hit, "Groovy Kind Of Love" by Phil Collins, toppled to seventh.

"How Can I Fall" by Breathe jumped onto the Top 10 list, up from 11 to 9. The week's only other newcomer was a double-header--"Baby, I Love Your Way" and "Freebird Medley (Free Baby)" by Will To Power, up from 13 to 10.

As for the Country-and-Western singles, Southern Pacific's "New Shade Of Blue" took over the top of the **Cash Box Magazine** chart. "Runaway Train" by Rosanne Cash was second, and "Desperately" by Don Williams was third.

The Top 10 pop singles, as rated by **Cash Box Magazine**, with last week's positions in brackets:

1. (1) Kokomo--The Beach Boys (Elektra).
2. (3) Wild, Wild West--The Escape Club (Atlantic).
3. (4) Bad Medicine--Bon Jovi (Mercury-Polygram).
4. (5) The Loco-Motion--Kylie Minogue (Geffen).
5. (7) Desire--U2 (Island).
6. (6) One Moment In Time--Whitney Houston (Arista).
7. (2) Groovy Kind Of Love--Phil Collins (Atlantic).
8. (10) Kissing A Fool--George Michael (Columbia).
9. (11) How Can I Fall--Breathe (A and M).
10. (13) Baby, I Love Your Way-Freebird Medley (Free Baby)--Will To Power (Epic).

The Top 10 Country-Western singles, as rated by **Cash Box Magazine**, with lastweek's positions in brackets:

1. (4) New Shade Of Blue--Southern Pacific (Warner Brothers).
2. (1) Runaway Train--Rosanne Cash (Columbia).
3. (5) Desperately--Don Williams (Capitol).
4. (6) I've Been Lookin'--The Nitty Gritty Dirt Band (Warner Brothers).
5. (7) I'll Leave This World Loving You--Ricky Van Shelton (Columbia).
6. (2) Summer Wind--The Desert Rose Band (MCA-Curb).
7. (9) Boogie Woogie Fiddle Country Blues--Charlie Daniels Band (Epic).
8. (11) I Know How He Feels--Reba McEntire (MCA).
9. (8) What Do You Want From Me This Time--Foster and Lloyd (RCA).
10. (12) If You Ain't Lovin' (You Ain't livin')--George Strait (MCA).

**LONDON AP:**

Milli Vanilli, the Franco-German male duo, took top place in this week's British pop chart with their dance song "Girl You Know It's True".

"Orinoco Flow" by Irish folk-rock singer Enya, former lead singer for Clannad, dropped to second place after two successive weeks at the top.

American singer Robin Beck entered the top 10 at no. 3 with "First Time".

This week's top 10 singles, as listed by **Our Price Music Ltd.**' the national music retail chain, with last week's placings in brackets:

1. (4) Girl You Know It's True--Milli Vanilli--Cool Tempo
2. (1) Orinoc
3. (-) First ... Mercury
4. (7) Stanc... Rights--Yazz--
5. (6) She M... Palmer--EMI
6. (2) Je Ne... Minogue--PWL
7. (3) Kiss--... Jones--China
8. (5) We Ca... London
9. (-) Real... Blue--CBS
10. (8) Harv... Christians--Isl

## Gleaner Top

Compiled for the Gleaner by Howa

## Flourgon Run T

The Gleaner Top Ten compiled for the week ending November 5, shows Red Man International with yet another No. 1 song, this time its Flourgon's "We Run Things".

The sensational news however must be the rise of Lovindeer's "Wild Gilbert" into the No.3 slot from the Shots to Watch section a week ago.

With this sort of movement the stay at the top for Flourgon may well be a very short one as "Wild Gilbert" continues to turn over the cash registers keys.

With the success of Flourgon it marks the first solo effort by a DJ to top the chart for some time.

DJ Ninja Man has done so twice but both times in the company of singers. Firstly, it was on "Protection" with Courtney Melody and then "Take Time to Know Her" with Tinga Stewart.

Lovindeer's "Wild Gilbert" is the week's only newcomer and this one came in at the expense of "Crusing" by Kotch.

The second Flourgon entry "One Foot Skank" on the Techniques label is falling, but Flourgon is right there in the Shots to Watch section with "Bounce" this on the mighty Jamn... him another T...

Admiral B... Move" is movi... sitting in the ... the week befo...

The sole fo... to be forme... More Try" by ...

The chart ... the amount o... the Top Ten.

Below are ... week's positio...

1 (3) "We R... Red Man Inter...
2 (1) "Rum... Music Works.
3 (-) "Wild ... TSOJ.
4 (2) "On... Michael; Colu...
5 (4) "Cove... and Ninja; Pic...
6 (9) "Retu... ers; Supreme.
7 (10) "Ori... miral Bailey; ...
8 (6) "Ducl... mys.
7 (7) "One ... gon; Techniqu...
8 (8) "One ... Powerhouse.

Shots to W... by Banana M... gon and "By... Trevor Sparks... The Top 1... sales by leadi... a consensus. ... sisted this w... Off- The Rec... Arabic Record...

Winston Lee's PAGODA Restaurant
5 BELMONT ROAD, KINGSTON 5
PHONE 62561 OR 93182

**CATERING**
*FOR*
● *OFFICE PARTIES for CHRISTMAS*
*The only Delivery Service to accept Key Card*
**Delicious Chinese Food**
● **Phone & Pick-up your order**

**KEYCARD ACCEPTED HERE**
**WESTERN FRIED CHICKEN**
SOUTHDALE PLAZA

**PALACE AMUSEMENT**

**Grand OPENING TODAY** (A)

CARIB 1 p.m., 5 p.m. & 8 p.m. | HARBOUR VIEW 7:00 & 9:15 p.m. | REGAL 5 p.m. & 8 p.m. | ODEON 7:00 & 9:15 p.m.

**SCHWARZENEGGER**

I AM IVAN DANKO, MOSCOW POLICE. I AM ON SPECIAL ASSIGNMENT IN CHICAGO. VERY STRANGE CITY. THE CRIME IS ORGANIZED. THE POLICE IS NOT.

I'M ASSIGNED TO PARTNER THIS RUSSIAN COP. HE CAME TO STOP AN INTERNATIONAL CRIME RING. NOW HE WANTS TO CLEAN UP CHICAGO OVERNIGHT. NO WAY. IT'S GONNA TAKE HIM

**TONIGHT 8:00 P.M.**
*The people's favourite roots play*
**OBEAH WEDDING**
NEW REVISED
Written & Produced by: RALPH HOLNESS
Directed by: DELROY ROACHE
plays at
**OCEANA HOTEL BALLROOM**
TONIGHT — 8:00 P.M.
Tickets at Lee's Fifth Avenue, Tropical Plaza and at the Hotel daily

*Mee... L...*

Monda... 12:0... 9... K... Teleph...

PULSE PRESENTS
**PULSE FASHION FESTIV**



AT LEAST
A WEEK.
REDHEAT

— Sorry No Complimentary Passes —

*GAIETY (A)* **Eddie Murphy COMING TO AMERICA**

## ● SATURDAY ●

***CARIB* 10 a.m. (A) Triple**
- THE KILLER
- The GUERILLAS
- DEADLY TRACKERS

***REGAL* 10 a.m. (A) Triple**
- A Night On The Town
- Shaolin Abbot ● Return of The One Armed Swordsman

*CARIB SUNDAY 10 a.m. Triple (A)*

**Under The Rainbow ● Bachelor Party ● Rolling Vengeance.**

NEWSPAPERARCHIVE®

NOV. 19-20, JAMAICA PEGASUS HOTEL

SAT., NOV. 19

Sandra Kennedy AND CHAD COLLECTIONS 1988-89

NEW DESIGNS BY SANDRA KENNEDY WINNER OF 4 FASHION EXCELLENCE AWARDS FOR 1987

SHOW OF THE YEAR — DESIGNER OF THE YEAR — SPORTSWEAR DESIGNER OF THE YEAR — BEST CHOREOGRAPHERS

Elite International model, Erica Aquart

ACCESSORIES BY ITAL CRAFT HEADWARE BY HUDONEY'S

*See The Best of Jamaican Fashion Modelled by Jamaica's Top Models from Pu*

SUN. ... THE COL... 1 THEN OF ... • CAI • MI( • CA) • MO • DI( • SPL • CE • SO(

SANDRA KENNEDY COLLECTIONS PRESENTED IN ASSN WITH
SMIRNOFF
GOOD FRIENDS AND SMIRNOFF - BEYOND THE ORDINARY
Palmolive SHAMPOO
Makes hair come alive
MOUNTAIN PEAK
INSTANT COFFEE
Extraordinary
PULSE FASHION REVUE PRESENTED IN ASSN WITH

SMIRNOFF
GOOD FRIENDS AND SMIRNOFF - BEYOND THE ORDINARY

Impulse

MOUNTAIN PEAK INSTANT COFFEE Extraordinary

VIDEO ENHANCED! EXCITING NEW CHOREOGRAPH

NEWSPA

**NOTICE**
**FAH MEE RESTAURANT**
**46 Half Way Tree Road**
**Kgn. 5**

We thank our dear customers for their support in the past.
We are pleased now to inform you that we are back in business with an improved atmosphere. We are sorry for the inconvenience in the past.

*Our opening times*
Monday - Thursday 11:00 a.m. - 7:00 p.m.
Friday 11:00 a.m. - 8:00 p.m.
Saturday 11:00 a.m. - 7:00 p.m.

**Phone 67789 & 64696**

Radheē Conditioners and Shampoo wants you to
**EXPLORE THE CARIBBEAN**

Four lucky winners will get expense paid trips to ANTIGUA, BARBADOS, ST. MAARTEN and JAMAICA.

SEE Flair and the Sunday Magazine

*The more you enter... the better your chance to Win!*

# Entertainment

## 'Kokomo' keeps Beach Boys atop US ch

NEW YORK November 10, AP:

"KOKOMO" and the Beach Boys stayed on for the second week in a row Wednesday at the top of the single pop record charts in the United States.

The Escape Club's "Wild, Wild West" moved up one notch to second place on the Cash Box Magazine chart, while Bon Jovi's "Bad Medicine" hopped from fourth to third position.

Last week's Number Two hit, "Groovy Kind Of Love" by Phil Collins, toppled to seventh.

"How Can I Fall" by Breathe jumped onto the Top 10 list, up from 11 to 9. The week's only other newcomer was a double-header--"Baby, I Love Your Way" and "Freebird Medley (Free Baby)" by Will To Power, up from 13 to 10.

As for the Country-and-Western singles, Southern Pacific's "New Shade Of Blue" took over the top of the Cash Box Magazine chart. "Runaway Train" by Rosanne Cash was second, and "Desperately" by Don Williams was third.

The Top 10 pop singles, as rated by Cash Box Magazine, with last week's positions in brackets:

1. (1) Kokomo--The Beach Boys (Elektra).
2. (3) Wild, Wild West--The Escape Club (Atlantic).
3. (4) Bad Medicine--Bon Jovi (Mercury-Polygram).
4. (5) The Loco-Motion--Kylie Minogue (Geffen).
5. (7) Desire--U2 (Island).
6. (6) One Moment In Time--Whitney Houston (Arista).
7. (2) Groovy Kind Of Love--Phil Collins (Atlantic).
8. (10) Kissing A Fool--George Michael (Columbia).
9. (11) How Can I Fall--Breathe (A and M).
10. (13) Baby, I Love Your Way-Freebird Medley (Free Baby)--Will To Power (Epic).

The Top 10 Country-Western singles, as rated by Cash Box Magazine, with lastweek's positions in brackets:

1. (4) New Shade Of Blue--Southern Pacific (Warner Brothers).
2. (1) Runaway Train--Rosanne Cash (Columbia).
3. (5) Desperately--Don Williams (Capitol).
4. (6) I've Been Lookin'--The Nitty Gritty Dirt Band (Warner Brothers).
5. (7) I'll Leave This World Loving You--Ricky Van Shelton (Columbia).
6. (2) Summer Wind--The Desert Rose Band (MCA-Curb).
7. (9) Boogie Woogie Fiddle Country Blues--Charlie Daniels Band (Epic).
8. (11) I Know How He Feels--Reba McEntire (MCA).
9. (8) What Do You Want From Me This Time--Foster and Lloyd (RCA).
10. (12) If You Ain't Lovin' (You Ain't livin')--George Strait (MCA).

LONDON AP:

Milli Vanilli, the Franco-German male duo, took top place in this week's British pop chart with their dance song "Girl You Know It's True".

"Orinoco Flow" by Irish folk-rock singer Enya, former lead singer for Clannad, dropped to second place after two successive weeks at the top.

American singer Robin Beck entered the top 10 at no. 3 with "First Time".

This week's top 10 singles, as listed by Our Price Music Ltd.' the national music retail chain, with last week's placings in brackets:

1. (4) Girl You Know It's True--Milli Vanilli--Cool Tempo
2. (1) Orinoc
3. (-) First Mercury
4. (7) Stanc Rights--Yazz--I
5. (6) She M Palmer--EMI
6. (2) Je Ne Minogue--PWL
7. (3) Kiss--/ Jones--China
8. (5) We Ca London
9. (-) Real Blue--CBS
10. (8) Harv Christians--Isl

Gleaner Top
Compiled for the Gleaner by Howa

## Flourgon Run T

The Gleaner Top Ten compiled for the week ending November 5, shows Red Man International with yet another No. 1 song, this time its Flourgon's "We Run Things".

The sensational news however must be the rise of Lovindeer's "Wild Gilbert" into the No.3 slot from the Shots to Watch section a week ago.

With this sort of movement the stay at the top for Flourgon may well be a very short one as "Wild Gilbert" continues to turn over the cash registers keys.

With the success of Flourgon it marks the first solo effort by a DJ to top the chart for some time.

DJ Ninja Man has done so twice but both times in the company of singers. Firstly, it was on "Protection" with Courtney Melody and then "Take Time to Know Her" with Tinga Stewart.

Lovindeer's "Wild Gilbert" is the week's only newcomer and this one came in at the expense of "Crusing" by Kotch.

The second Flourgon entry "One Foot Skank" on the Techniques label is falling, but Flourgon is right there in the Shots to Watch section with "Bounce" this on the mighty Jamn him another T

Admiral Ba Move" is movi sitting in the the week befo

The sole fo to be forme More Try" by (

The chart the amount o the Top Ten.

Below are week's positio

1 (3) "We R Red Man Inter
2 (1) "Rum Music Works.
3 (-) "Wild TSOJ.
4 (2) "On Michael; Colu
5 (4) "Cove and Ninja; Pic
6 (9) "Retu ers; Supreme.
7 (10) "Ori miral Bailey;
8 (6) "Ducl mys.
7 (7) "One gon; Techniqu
8 (8) "One Powerhouse.

Shots to W by Banana M gon and "By Trevor Spark

The Top 1 sales by leadi a consensus. sisted this w Off- The Rec Arabic Record

Winston Lee's PAGODA Restaurant
5 BELMONT ROAD, KINGSTON 5
PHONE 62561 OR 93182

**CATERING**
*FOR*
*OFFICE PARTIES for CHRISTMAS*
*The only Delivery Service to accept Key Card*
**Delicious Chinese Food**
Phone & Pick-up your order

KEYCARD ACCEPTED HERE
WESTERN FRIED CHICKEN
SOUTHDALE PLAZA

**PALACE AMUSEMENT**
Grand OPENING TODAY (A)
CARIB 1 p.m., 5 p.m. & 8 p.m. | HARBOUR VIEW 7:00 & 9:15 p.m. | REGAL 5 p.m. & 8 p.m. | ODEON 7:00 & 9:15 p.m.
SCHWARZENEGGER
I AM IVAN DANKO, MOSCOW POLICE. I AM ON SPECIAL ASSIGNMENT IN CHICAGO. VERY STRANGE CITY. THE CRIME IS ORGANIZED. THE POLICE IS NOT.
I'M ASSIGNED TO PARTNER THIS RUSSIAN COP. HE CAME TO STOP AN INTERNATIONAL CRIME RING. NOW HE WANTS TO CLEAN UP CHICAGO OVERNIGHT. NO WAY. IT'S GONNA TAKE HIM

TONIGHT 8:00 P.M.
*The people's favourite roots play*
**OBEAH WEDDING**
NEW REVISED
Written & Produced by: RALPH HOLNESS
Directed by: DELROY ROACHE

plays at
**OCEANA HOTEL BALLROOM**
TONIGHT — 8:00 P.M.
Tickets at Lee's Fifth Avenue, Tropical Plaza and at the Hotel daily

Mee L

Monda 12:0 9 F K Teleph

PULSE PRESENTS
**PULSE FASHION FESTIV**

— Sorry No Complimentary Passes —

*GAIETY* (A) Eddie Murphy COMING TO AMERICA

## ● SATURDAY ●

*CARIB* 10 a.m. (A) Triple
● THE KILLER
● The GUERILLAS
● DEADLY TRACKERS

*REGAL* 10 a.m. (A) Triple
● A Night On The Town
● Shaolin Abbot ● Return of The One Armed Swordsman

*CARIB SUNDAY 10 a.m. Triple (A)*
Under The Rainbow ● Bachelor Party ● Rolling Vengeance.

NEWSPAPERARCHIVE®

NEWSPA

# *Heritage in Jazz*

"Heritage in Jazz Par IV", a continuation of the jazz series which started at the New Heritage House last year will feature the music of the Big Band, next Wednesday night, November 23, starting at 8:00 p.m.

Band leader, Sonny Bradshaw has indicated that next Wednesday's show will take a look at the influence which jazz has had on reggae music; and reggae music on jazz.

"We want to explore the Big Band style of music and to highlight some of the influences which have been taking place, as reggae music maintains its hold on the Jamaican music scene, and impacts on music internationally," he explained.

SPECIAL GILBERT OFFER
BLOCKBUSTER VIDEOS

$50 OFF FREE EXCHANGES (Rental)
DERRICK HARRIOTTS ONE STOP
TWIN GATES PLAZA
25½ CONSTANT SPRING RD.
PHONE: 92-68027

* JAMAICAN DANCE HALL VIDEOS & MOVIES

VIDEO BLOCKBUSTERS

- NICO — ABOVE THE LAW (ACTION) STEVEN SEAGAL
- RAMBO 3 — SYLVESTER STALLONE
- MANIAC COP — CRIME/ACTION
- 10 MATCHES
- ANGEL 3 ( FINAL CHAPTER)
- BEST SELLER (ACTION) — JAMES WOODS
- E.T. — DEE WALLACE
- THE WORLDS GREATEST LOVER (COMEDY) GENE WILDER
- SHOOT TO KILL (THRILLER) SIDNEY POITIER
- NIGHTMARE AT NOON (ACTION) WINGS HAUSER
- FRIDAY THE 13TH PART 7 — JASON VOORHEES
- CRITTERS 2 (HORROR) — SCOTT GRIMES
- GHOULIES 2 (HORROR)
- POLICE ACADEMY 5
- VENDETTA (PRISON/ACTION) KAREN CHASE
- SHAKEDOWN (ACTION) — PETER WELLER
- LITTLE NIKITA (THRILLER) — SIDNEY POITIER NEW MINI SERIES
- THE GREAT ESCAPE 2 — CHRISTOPHER REEVES MICHAEL NADER
- JACK THE RIPPER — MICHAEL CAINE
- INTERNATIONAL AFFAIRS (CRIME) — RICHARD CRENNA
- MASTER OF THE GAME — (SIDNEY SHELDON) 7½ HRS. DYAN CANNON
- DADAH IS DEATH (DRUGS) — CRIME — VICTOR BANERJEE
- BOURNE IDENTITY (TERRORIST) — RICHARD CHAMBERLAIN

COMING IN NOVEMBER "GILBERT" V.DEO PLUS THE ROOTS PLAY "UNDA MI NOSE" ON VIDEO.

TONIGHT — 7:30 p.m.
TOMORROW NIGHT — 7:30 P.M.
*Jamaica's Hit Play*
OBEAH WEDDING
NEW REVISED
Written & Produced by: RALPH HOLNESS
Directed by: DELROY ROACHE
at
OCEANA HOTEL BALLROOM TONIGHT & TOMORROW NIGHT — 7:30 P.M. Tickets at Leo's Fifth Avenue, Tropical Plaza and at the hotel door. Admission $20, Reserved seats $25

FLOWERS
FOR EVERY OCCASION

• ROSES (variety of colours)
• ANTHURIUMS (all colours and sizes)
• ORCHIDS (now available)

United
Floral
Exports
Limited

OPENING HOURS: Monday - Friday - 8:30 a.m. - 5:00 p.m.
Saturday 8:30 a.m. - 3:00 p.m.

11 South Avenue, Kingston 10
Telephone: 92-68278

PULSE

PRESENTS
PULSE FASHION FESTIVAL

# Entertainment

## *Escape Club tops U.S. pop chart*

NEW YORK AP:
THE Escape Club's "Wild Wild West" reached the top of the single pop record charts in the United States, kicking the Beach Boys' 2-week-old spotlight star "Kokomo" to fourth place Wednesday.

"Bad Medicine" by Bon Jovi moved up a notch to second place and U2's "Desire" hopped from fifth to third position on the Cash Box Magazine chart.

Fifth was "Kissing A Fool" by George Michael, advancing three points, and Breathe's "How Can I Fall" took sixth spot, also moving up three steps.

"Loco-Motion" by Kylie Minogue plunged four down to eighth place, while Freebird Medley's "Baby I Love Your Way" jumped three steps to capture seventh position.

There were two newcomers to the list: Chicago's "Look Away" went from 12th to ninth place, and "I Don't Want Your Love" by Duran Duran captured spot number 10 after being 14 last week.

The Top 10 pop singles, as rated by Cashbox Magazine, with last week's positions in brackets:

1. (2) Wild, Wild West--The Escape Club (Atlantic).
2. (3) Bad Medicine--Bon Jovi (Mercury-Polygram).
3. (5) Desire--U2 (Island).
4. (1) Kokomo--The Beach Boys (Elektra).
5. (8) Kissing A Fool--George Michael (Columbia).
6. (9) How Can I Fall--Breathe (A-and-M).
7. (10) Baby, I Love Your Way--Freebird Medley (Free Baby).
8. (4) The Loco-Motion--Kylie Minogue (Geffen).
9. (12) Look Away--Chicago (Reprise).
10. (14) I Don't Want Your Love--Duran Duran (Capitol).

The Top 10 Country-Western singles, as rated by Cash Box Magazine, with last week's positions in brackets:

1. (5) I'll Leave This World Loving You--Ricky Van Shelton (Columbia).
2. (4) I've Been Lookin'--The Nitty Gritty Dirt Band (Warner Brothers).
3. (3) Desperately--Don Williams (Capitol).
4. (8) I Know How He Feels--Reba McEntire (MCA).
5. (10) If You Ain't Lovin' (You Ain't Livin')--George Strait (MCA).
6. (1) New Shade Of Blue--Southern Pacific (Warner Brothers).
7. (7) Boogie Woogie Fiddle Country Blues--Charlie Daniels Band (Epic).
8. (11) I Wish That I Could Fall In Love Today--Barbara Mandrell (Capitol).
9. (2) Runaway Train--Rosanne Cash (Columbia).
10. (13) A Tender Lie--Restless Heart (RCA).

### Robin Beck tops British Chart

LONDON AP:
American singer Robin Beck's "First Time" moved up from third spot to top the British pop singles chart this week.

"Girl You Know It's True" by Milli Vanilli, the Franco-German male duo, was bumped down to second spot, followed by Robert Palmer's "She Mak[es ...]" "Stand Up For Your [Rights ...]" Yazz.

This week's to[p ...] listed by Our Price [...] national music re[...] last week's plac[...] theses:

1. (3) First Ti[...] (Mercury).
2. (1) Girl You [...] Milli Vanilli (Cool T[...]
3. (5) She Makes [...] Palmer (EMI).
4. (4) Stand Up [...] Rights--Yazz (EIG L[...]
5. (2) Orinoco Fl[...]
6. (14) Need Y[...] (Mercury).
7. (19) Missing [...] Burgh (A and M).
8. (6) Je Ne Sais [...] Minogue (PWL).
9. (9) Real Go[...] Blue (CBS).
10. (11) 1-2-3-[...] and Miami Sound M[...]

LET US CATER FOR YOUR OFFICE PARTY THIS CHRISTMAS
We provide everything...food, drinks, waiters, service, transportation etc.
Winston Lee's
PAGODA Restaurant
6 BELMONT RD. KGN. 5
Telephone 62561 93192
CATERERS TO ALL JAMAICA...

→ HAPPY BELATED ANNIVERSARY ←
The FOUNTAIN PROMOTIONS featuring 'Fat Gary', 'Baby G', 'Bishop th Scorpio' & 'Cool, Cool Micky'
present
A Saturday Night Fever
& JUMP UP
When The FOUNTAIN NIGHT CLUB Celebrates Its 1st Anniversary at the Regal Plaza on NOV. 19.
Music by: The all conquering sound for 1988 — SQUAD 51
Featuring the #1 mixers Crazy Carl / Mary Beth Water Nuff Nuff
Curried Goat on Sale
Don't Forget To BUY-OUT-DI-BAR
Admission: Be on your best behaviour. See You There!

PLENTY FRESH.
Fort Charles Restaurant
OCEANA
THE SEAFOOD BUFFET LUNCH

things jamaican ltd.
REGULAR MONTHLY
SALE
CONTINUES AT
DEVON HOUSE
on Sat. 19th Nov. from 9am - 5pm
SHOP EARLY FOR CHRISTMAS
and avoid the rush!
Bargains in ceramic, straw and wood

Gleaner Top T

Compiled for the Gleaner by Howar[d ...]

## *Lovindeer is 'Wi[...]*

The Gleaner Top Ten compiled for the week ending November 12, shows no new entry but at the same time boasts a brand new No.1 song and a record of sorts.

Lovindeer's "Wild Gilbert" having jumped into the chart last week at NO.3 from the Shots to Watch section the week beofre is now sitting atop the heap at position NO.1.

No record in recent times as far as the Gleaner's Top Ten is concerned has made [...] after such a sh[...] chart.

The move by [...] toppled last wee[k ...] "We Run Things" [...] the Red Man Inter[...]

The stay of th[...] short but it contin[...] sales and could be [...] time.

The lull in sal[...] able as things coo[...] upcoming holidays [...]

This should go [...] weeks with the [...] before Christmas.

Former chart t[...] by Gregory Isaacs [...] Try" by George [...] their downward fa[...] the NO.5 and 6 slo[...]

Below are the [...] week's position in [...]

1 (3) "Wild Gil[...] TSOJ.
2 (1) "We Run T[...] Red Man Internati[...]
3 (5) "Cover M[...] and Ninja, Pickout
4 (6) "Return of [...] ers; Supreme.
5 (1) "Rumours' [...] Music Works.
6 (4) "One M[...] Michael, Columbia
7 (7) "Original [...] Admiral Bailey; Ja[...]
8 (10) "One B[...] Pint; Powerhouse.
9 (8) "Duck", R[...] mys.
10 (9) "One Fo[...] gon; Techniques.

Shots to Watch: [...] by Banana Man "I [...] gon and "Bye By [...] Trevor Sparks.

The Top Ten [...] sales by leading re[...] a consensus. The [...] sisted this week [...] Off- The Record, [...] Techniques, Mid [...] Aquarius, Africa [...] cords and Music F[...]

Carnival Warm-up
Soca For Sight
Byron Lee & The Dragonaires and
Peter Phillips Disco Crowd
at Morgans Harbour Hotel
"CURFEW SOON DUN - TIME FE FUN"
on Nov. 25, 1988 at 9.00 p.m
Gate Prize : Ticket to Trinidad Carnival
Compliments of B.W.I.A.
Proceeds in aid of Lions Sight Foundation
and Other Charities.
$100 Per Person Inc. drinks

TICKETS AVAILABLE AT ALL
SWISS STORES AND
GRACE KENNEDY TRAVEL

Offices in Kingston

SPACE DONATED BY:

KENTUCKY FRIED CHICKEN

NewspaperARCHIVE®

TONIGHT 8:30
ed wallace presents
THE COMEDY OF THE YEAR!

Playing
Wed. to Sat. 8:30
Sun. 6:00 & 8:30

CHEATERS

Written by Michael Jacobs/ ● Directed by Keith Noel
NEW KINGSTON THEATRE
10 Altamont Crescent
Tickets on sale at the
Theatre Wed. - Sun. from 10.00 a.m. until showtime.

Ward Theatre
Season of Excellence
N D T C '88
1988
MINI-SEASON
WARD THEATRE
Friday, Dec. 2
& Saturday, Dec. 3 – 7:00 p.m.
Sunday, Dec. 4 – 5:00 p.m.
Admission: $45 — $25 — $10
Bookings: LITTLE THEATRE,
Telephone: 92-66129

This Sunday, November 27, come enjoy a fabulous fish fry and great music by Rudi Evans. Plus free exotic cocktails, compliments of Bols Liqueurs. What a great way to spend a Sunday afternoon by the cruise ship pier in Ocho Rios.

SUNDAY ON THE BAY
ON THE BAY
BOLS
...Create a Stir
Rudi Evans
One man band
From 4 p.m.
FISHERMAN'S POINT
OCHO RIOS

MERRY CHRISTMAS
MEE MEE
RESTAURANT
Let us cater for all your Christmas parties, banquets and luncheons.
• Exquisite Chinese Food
• Excellent Service
• Fine Wines and Liqueurs
CALL
927-9361
927-0150
927-4503
15 NORTHSIDE DRIVE, NORTHSIDE PLAZA, LIGUANEA, KINGSTON 6.

# Entertainment

## Bon Jovi hits top of U.S. Pop Chart

**NEW YORK AP:**

BON Jovi took their "Bad Medicine" to the top of the single pop record charts in the United States Wednesday. The hit disc hopped up from second spot a week ago.

"Desire" by U2 moved up one notch to second place on the **Cash Box Magazine** chart, and the Escape Club's "Wild, Wild West" slipped from Number One to third.

Last week's Number Four hit, "Kokomo" by the Beach Boys, dropped completely out of the Top 10 list.

The week's only newcomer to the list was "Walk On Water" by Eddie Money, up from 13 to 10.

The Top 10 Pop singles, as rated by **Cash Box Magazine,** with last week's positions in brackets:

1. (2) Bad Medicine--Bon Jovi (Mercury-PolyGram).
2. (3) Desire--U2 (Islan).
3. (1) Wild, Wild West--The Escape Club (Atlantic).
4. (5) Kissing A Fool--George Michael (Columbia).
5. (6) How Can I Fall--Breathe (A and M).
6. (7) Baby, I Love Your Way-Freebird Medley (Free Baby)--Will to Power (Epic).
7. (9) Look Away--Chicago (Reprise).
8. (10) I Don't Want Your Love--Duran Duran (Capitol).
9. (8) The Loco-Motion--Kylie Minogue (Geffen).
10. (13) Walk On Water--Eddie Money (Columbia).

The Top 10 Country-Western singles, as rated by **Cash Box Magazine,** with last-week's positions in brackets:

1. (1) I'll Leave This World Loving You--Ricky Van Shelton (Columbia).
2. (2) I've Been Lookin'--The Nitty Gritty Dirt Band (Warner Brothers).
3. (4) I Know How He Feels--Reba McEntire (MCA).
4. (5) If You Ain't Lovin' (You Ain't Livin')--George Strait (MCA).
5. (3) Desperately--Don Williams (Capitol).
6. (8) I Wish That I Could Fall In Love Today--Barbara Mandrell (Capitol).
7. (10) A Tender Lie--Restless Heart (RCA).
8. (12) When You Say Nothing At All--Keith Whitley (RCA).
9. (15) Love Helps Those--Paul Overstreet (MTM).
10. (11) Chiseled In Stone--Vern Gosdin (Columbia).

**Robin Beck Stays Atop British Pop Record Chart**

**LONDON AP:**

American singer Robin Beck's "First Time" remained atop the British pop singles chart for the second week in a row and "Need You Tonight" by INXS shot into second place from sixth.

"Girl You Know It's True" by Milli Vanilli slipped down one spot to No. 3, followed by "Stand Up For Your Love Rights" by Yazz and "Missing You" by Chris de Burgh.

Making their first appearance in the top 10 this week are "Twist and Shout-Everybody Get Up" by Salt-n-Pepa, "He Ain't No Competition" by Brother Beyond and Iron Maiden's "The Clairvoyant."

This week's top 10 singles, as listed by Our Price Music Ltd., the national music retail chain, with last week's placings in parentheses:

1. (1) First Ti
(Mercury).
2. (6) Need You
(Mercury).
3. (2) Girl You I
Milli Vanilli (Cool T
4. (4) Stand Up
Rights--Yazz (EIG L
5. (7) Missing
Burgh (A and M).
6. (11) Twist a
body Get Up--Salt-r
7. (3) She Makes
Palmer (EMI).
8. (12) He Ain't
Brother Beyond (Pa
9. (9) Real Go
Blue (CBS).
10. (19) The
Maiden (EMI).

Jamaica's Number One
Hit Play
OBEAH WEDDING
NEW REVISED
Written & Produced by:
RALPH HOLNESS
Directed by:
DELROY ROACHE

at
OCEANA HOTEL BALLROOM
TONIGHT & TOMORROW
NIGHT 8 p.m.
Tickets at Lee's Fifth Avenue and at the hotel
Admission only $25

## Gleaner Top T

Compiled for the Gleaner by Howard I

## Lovindeer is 'Wi

The Gleaner Top Ten compiled for the week ending November 19, shows one new entry and very little change otherwise.

Lovindeer's "Gilbert" is still wild enough to be NO. 1 and all the others seem to be struggling in its wake.

All but Whitney Huston's "One Moment in Time" which has forced itself onto the charts from nowhere the week before.

This song, a typical Whitney song, comes in at NO. 8 and has all the makings of a top single.

The very limited positional changes once again are due to the fall in sales which should again pick up as the holiday season nears.

Blasting its way onto the chart in the manner "Wild Gilbert" did it was going to take a big seller to topple this one. If the present trend continues then "Wild Gilbert" could rule for a long time.

Tinga Stewart and Ninja Man the hottest combination around, having scored a NO. 1 hit with "Take Time to Know Her" and now sitting in the NO. 3 slot with "Cover Me" is all the rage in the Shots to Watch section with "Save the Last Dance For Me" one that could hit the main chart very soon.

Former chart topper "Duck" by Red Dragon is only just holding on and could find itself off the charts next week.

Below are the songs with last week's position in

1 (1) "Wild Gi
TSOJ.

2 (2) "We Run '
Red Man Internat

3 (3) "Cover M
and Ninja, Pickou

4 (4) "Return o
ers; Supreme.

5 (5) "Rumours
Music Works.

6 (6) "One M
Michael, Columbi

7 (7) "Original
Admiral Bailey; J

8 (—) "One I
Whitney Huston;

9 (8) "One Big I
Powerhouse.

10 (9) "Duck",
mys.

Shots to Watch
ness" by Trevor
Last Dance for M
and Ninja Man a
by Billy Ocean.

The Top Ten
sales by leading r
a consensus. Th
sisted this week
Off- The Record,
Techniques, Mi
Aquarius, Africa
cords and Music I

**NOTE:** Some
in error that Fl
Things was the
to hit the NO.1 s
chart. This was
Red Dragon was

LA ROOSE RESTAURANT
PORT HENDERSON ROAD
presents
SATURDAY EVENING PARTY
BY THE SEA
This SATURDAY, Nov. 26
6:30 PM
★ ROD DENNIS ★ MENTO BAND
★ JUGGLER (JUGGLING ACT) ★ D&G DISCO
★ SPOT PRIZES ★ FASHIONS BY THE SEA.
Admission
FREE
Come and enjoy

GOLD LABEL

&

PEPSI

THE PERFECT COMBINATION

FRIENDS OF WAI
PRESENT
SOCA FET
TO BE HELD AT: R.J.R. SPORT
32 LYNDHURST ROAD, KING
ON: SATURDAY, NOVEMBER
FROM: 4:00 P.M. UNTIL
Music by: DREAD DISC
COVER CHARGE — $40.00 PER P
(Supper Included)

IMMACULATE CONCEPTION HIGH SCHOOL

GRAND CHRISTMAS BAZAAR!

Saturday, 26th November, 1988
10:00 a.m. — 4:00 p.m.

Come to the Grand Christmas Bazaar at Immaculate Conception High School grounds and shop early for Christmas!

Get a wide variety of household, cosmetic and novelty items at bargain prices!

FUN FOR THE WHOLE FAMILY

Proceeds in aid of school rebuilding programme

! ADMISSION FREE !

Space kindly donated by...
SERGE ISLAND DAIRIES

PROCEEDS IN AID OF WARD 7, UNIVERSITY E OF THE WEST INDIES
Space donated by Workers Bank

Ward Theatre
Season of Excelle

MASKARAI
by Sylvia Wynter with Jim Nelson
Music by Olive Lewin
A Ward Theatre Foundation production

Directed by Lloyd Reckord
Musical Director Noel Dexter
Choreography Rex Nettleford
Set and Costumes Don Bucknor

STARRING
Charles Hyatt
Barbara McCalla
John Jones
Georgia Ellis
Cyrene Tomlinson
Andrew Brodber
Nabble Natural
Paul Campbell

TONIGHT
SHOWTIME 7 P.M.

10 PERFORMANCES NOVEMBER 18-27

BOOKING OFFICES LITTLE THEATRE & JAMAICA
Tickets at The Ward on day of shov
TICKETS $40 / $25 / $10
For further information call 92-66129, 9

NDTC PLAYS DEC.

NewspaperARCHIVE® NEWSP

# Entertainment

## Will to Power tops U.S. pop chart

NEW YORK AP:
WILL to Power vaulted to the top of the single pop record charts in the United States on Wednesday with their blend of "Baby, I Love Your Way" and "Freebird Medley." The disc was in sixth place a week ago.

"How Can I Fall" by Breathe jumped from fifth to second position on the **Cash Box Magazine** chart. "Desire" by U2 slipped from second to third.

Last week's Number One Hit, "Bad Medicine" by Bon Jovi toppled to fifth place, while "Wild, Wild West" by the Escape Club nosedived from third spot to completely out of the Top 10 list.

New to the Top 10 list this week were "Giving You The Best That I Got" by Anita Baker up from 12 to 7 and "Waiting For A Star To Fall" by Boy Meets Girl, up from 11 to 9.

The Top 10 Pop singles, as rated by Cash Box Magazine with last week's positions in brackets:
1 (6) (A) Baby, I Love Your Way-(B) Freebird Medley (Free Baby) — Will To Power (Epic)
2 (5) How Can I Fall — Breathe (A-and-M)
3 (2) Desire — U2 (Island)
4 (7) Look Away — Chicago (Reprise)
5 (1) Bad Medicine — Bon Jovi (Mercury-PolyGram)
6 (8) I Don't Want Your Love — Duran Duran (Capitol)
7 (12) Giving You The Best That I Got — Anita Baker (Elektra)
8 (10) Walk On Water — Eddie Money (Columbia)
9 (11) Waiting For A Star To Fall — Boy Meets Girl (RCA)
10 (4) Kissing A Fool — George Michael (Columbia)

LONDON AP.
"Cat Among The Pigeons" by the British trio Bros shot up from off the charts this week to top the British pop singles chart.

"First Time" by Robin Beck was bumped into second spot after two weeks as Number One, and "Need You Tonight" by INXS slipped one notch to third spot.

"Mistletoe and Wine," Cliff Richard's new Christmas song, also came from off the charts to make its first appearance at Number Eight.

"Suddenly," the wedding song from the Australian soap opera "Neighbours" shot up from 34 place to 7.

This week's top 10 singles as listed by Out Price Music Ltd., the national music retail chain, with last week's placings in parentheses:
1 (-) Cat Among The Pigeons — Bros (CBS)
2 (1) First Time — Robin Beck (Mercury)
3 (2) Need You Tonight — INXS (Mercury)
4 (5) Missing You — Burgh (A-and-M)
5 (15) Left To My O... Pet Shop Boys (Parlop...
6 (12) Say A Little P... the Bass (Rhythm Kir...
7 (34) Suddenly — ...son (Food for Though...
8 ( ) Mistletoe and ... Richards (EMI)
9 (11) Smooth Crimi... Jackson (Epic)
10 (9) Real Gone K... Blue (CBS)

## Gleaner Top Ten

### Compiled for the Gleaner by Howard McGowan

## The 'wild one' holds on

The Gleaner Top Ten compiled for the week ending November 26, shows two new entries to the main chart and one to the Shots to Watch section.

The first two songs have retained their places of a week ago with Lovindeer's "Wild Gilbert" again making it to the NO 1 slot but with far less impact of a week ago.

The writing could well be on the wall for this one of the fastest selling singles of the year.

Sitting in the NO 2 position is Flourgon with "We Run Things", this one week chart topper could find itself on top of the heap again.

On the Red Man International lable this marks the first NO 1 for the DJ who is in top demand at the moment.

Red Man could have a second entry soon with "Slow Down" by Frankie Paul this is the new comer in the Shots to Watch section this week.

The two new comers to the chart are "All I need to Know" by Glen Jones in the NO 7 position and "Bye Bye Love" by Trevor Sparks in at NO 8.

Off the chart this week are two former chart toppers, "Duck" by Red Dragon and "Rumours" by Gregory Isaacs.

Of interest is the fact that three songs on the chart begin with the word one these are "One More Try" by George Michael, "One Moment in Time" by Whitney Huston, and "One Big Family" by Half Pint.

There are also three foreign entries the most in many weeks as apart from Whitney Histon and George Michael there is Glen Jones with "All I Need to Know".

Below are the songs with last week's position in brackets:
1 (1) "Wild ( ... Lovindeer TSOJ
2 (2) "We Run Things" Flourgon Red Man International
3 (4) "Return of the Don" Pinch ers Supreme
4 (3) "Cover Me" Tinga Stewart and Ninja Pickout
5 7 (7) "Original Della Move" by Admiral Bailey Jammys
6 (8) "One Moment in Time" Whitney Huston Arista
7 (—) "All I Need to Know" Glen Jones Arista
8 (—) "Bye Bye ... Sparks Jammys
9 (6) "One More ... Michael Columbia
10 (9) "One Big ... Pint Powerhouse

Shots to Watch ... Frankie Paul "Save ... for Me" Tinga Stew... Man and "Colour of Ocean"

The Top Ten is ... sales by leading reco... a consensus. The sh... sisted this week are ... Off The Record De... Techniques Randys ... cord Aquarius and A...

"GOOD NEWS"
Just what you've all been waiting for.
NOW OPEN
GREEN GABLES
Restaurant & Bar
from 11 a.m. until 11 p.m.
6 Cargill Ave., Kgn. 10
Special Happy Hour every Friday
From 5 p.m. - 7 p.m.

The RENDEZVOUS Club presents
XPLUSX
DISCO
— IN —
... AFTER WORK JAM ...
every Friday
"LOVERS' ONLY" party every Saturday with XPLUSX DISCO
* ADMISSION
NEAT & TIDY APPEARANCE
* COMPLIMENTARY WHITE WINE SERVED AT 6:30
RENDEZVOUS CLUB
5 Balmoral Ave. off H W T Rd. near Cargill Ave

PLENTY FRESH.
Fort Charles Restaurant
OCEANA
HOTEL AND CONFERENCE CENTRE
THE SEAFOOD BUFFET LUNCH
Fri. from 11 am • Only $...
922-0920/9

BLACK SAFIRE
concert series continues
"Living on the Edge"
MidTown Theatre
23 Connolley Ave., off Marescaux Road.
Fri. Dec. 2nd 8:00 p.m.
Sat. 3rd 8:00 p.m.
Sun. 7:00 p.m.
Adm: $20.00

LE ROCHE... OPE...
For Your Dining
LUNCH 11 a.m. —
DINNER 6 p.m. —
BUFFET Friday ...
HAPPY HOUR FRID...
PLAZA

Fridays
Happy Hour
THE GROG SHOPPE
Drinks 2 for one between 6 p.m. & 7 p.m.
Chris Stirling on piano
Sing along with Pat Gooden
DevonHouse Kreshendo Disco 92-97027

Today
The Devonshire Restaurant
Seafood Buffet
(Lunch)
Lobster, Shrimp and Fillet of Snapper
$70.00
(Salad, dessert & Coffee included)
Devon House 92-97046

NOTICE
REMINDER
THE INSTITUTE OF CHARTERED ACCOUNTANTS OF ...
Members are reminded that the Christmas Luncheon will be held at the Pegasus Hotel, 81 Knutsford Bouleva... Kingston, on Wednesday, 7th Decemb... commencing at 12:30 p.m.

Eric and Joy of THE CLASSIQUE AMBIANCE
cordially invites you and yours to their week end
"AFTERWORK FETE"
FRI., 2nd DEC., 1988
to be held in the Beautiful atmosphere of the CLASSIQUE AMBIANCE
2 PHOENIX AVENUE

TONIGHT! TONIGHT!
Jamaica's Best Roots Play
OBEAH WEDDING
NEW REVISED

Written by RALPH HOLNESS
Directed by: DELROY ROACHE

Ward Theatre
Season of Excel...
N D T C




off HOPE ROAD
From 5 p.m. till 12:00 midnight
* Admission:
YOUR BEST BEHAVIOUR
Refreshment on Sale!

with laughter

at
OCEANE HOTEL BALLROOM

TONIGHT & TOMORROW NIGHT - 8:00 p.m.
Tickets at Leo's Fifth Ave , Tropical Plaza and at the Hotel
Admission only $25.

SEAS
WARD THEAT
Friday, Dec. 2
& Saturday, Dec. 3 – 7
Sunday, Dec. 4 – 5:
Admission: $45 – $25
Bookings: LITTLE TH
Telephone: 92-66

MERRY CHRISTMAS
美發館
MEE MEE RESTAURANT
Let us cater for all your Christmas parties, banquets and luncheons.
- Exquisite Chinese Food
- Excellent Service
- Fine Wines and Liqueurs

CALL
927-9361
927-0150
927-4503

15 NORTHSIDE DRIVE, NORTHSIDE PLAZA, LIGUANEA, KINGSTON 6.

LET US CATER FOR YOUR OFFICE PARTY THIS CHRISTMAS
WE PROVIDE EVERYTHING — FOOD, DRINKS, CUTLERY, WAITERS, SERVICE, TRANSPORTATION, ETC.

Winston Lee's
PAGODA
Restaurant

5 BELMONT ROAD, KINGSTON 5
PHONE 62561 OR 93182

GET HOOKED ON...
Seafood
SMOKED ...
MARLIN
KIPPERS
TUNA
SALMON
The SEAFOO
DELI

7 CARGILL AVE., KGN
TEL. 92-68232.

NEWSPAPERARCHIVE®

NEWSPAPER

# Entertainment

## Gleaner Top Ten

Compiled for the Gleaner by Howard McGowan

## Carbon Copy

The Gleaner Top Ten compiled for the week ending December 3, shows no new entry to the main chart and only one to the Shots to Watch section

On a week with very little or no movement the unique situation occured where all ten songs retained their position of a week ago

In short the chart this week is a carbon copy of the one last week

Wild Gilbert" by Lovindeer is still king of the heap with "We Run Things by Flourgon right there in position No 2

The new entry in the Shots to Watch section is "Bounce" by Flourgon giving this hot DJ a chance of having two songs on the chart

Slow Down" by Frankie Paul continues to burn in the Shots to Watch section and could make its way into the main chart soon

The singers with six solo entries maintain their edge over the DJs as they are also involved in a duet with a DJ

Below are the songs with last week's position in brackets

1 (1) **Wild Gilbert**, Lovindeer, TSOJ
2 (2) **We Run Things** Flourgon Red Man International
3 (3) **Return of the Don**, Pinchers, Supreme
4 (4) **Cover Me**, Tinga Stewart and Ninja, Pickout
5 (5) **Original Della Move** by Admiral Bailey, Jammys
6 (6) **One Moment In Time**, Whitney Huston, Arista
7 (7) **All I Need to Know**, Glen Jones, Arista
8 (8) **Bye Bye Love**, Trevor Sparks, Jammys
9 (9) **One More Try** George Michael, Columbia
10 (10) **One Big Family**, Half Pint, Powerhouse

Shots to Watch **Slow Down** by Frankie Paul, **Bounce** Flourgon and **Colour of Love** by Billy Ocean

The Top Ten is compiled from sales by leading record shops and is a consensus The shops which assisted this week are, Disco Land Off- The Record, Derrick Harriott, Techniques Randys, Mid Town Record, Aquarius and Arabic Records

## U.S. POP CHART

## Chicago's 'Look Away' on top

NEW YORK, AP

LOOK AWAY" by Chicago vaulted to the top of the pop singles record charts in the United States on Wednesday The disc was in fourth place a week ago

Will To Power slipped from Number One to second spot on the Cash Box Magazine chart with Baby I Love Your Way' and "Freebird Medley Duran Duran s I Don t Want Your Love soared from sixth to third position

Last week s Number two hit, How Can I Fall" by Breathe toppled to sixth while "Desire by U2 fell completely out of the top 10 list.

Every Rose Has Its Thorn" by Poison made its way onto the list, up from 11th to 5th Other newcomers were 'My Prerogative by Bobby Brown up from 13th to 9th and Welcome To The Jungle' by Guns N Roses up from 12th to 10th

A Tender Lie by Restless Heart took over the Number One spot on the Cash Box Magazine Country-and-Western singles chart George Strait s If You Ain t Lovin (You Ain t Livin ) was second, and Keith Whitley s When You Say Nothing At All' was third

The Top 10 pop singles as rated by **Cash Box Magazine** with last week s positions in brackets

1 (4) **Look Away**-Chicago (Reprise)
2 (1) (A) **Baby, I Love Your Way** — (b) **Freebird Medley** (Free Baby)—Will To Power (Epic)
3 (6) **I Don't Want Your Love** — Duran Duran (Capitol)
4 (7) **Giving You The Best That I Got** — Anita Baker (Elektra)
5 (11) **Every Rose Has Its Thorn** — Poison (Enigma-Capitol)
6 (2) **How Can I Fall** — Breathe (A-and-M)
7 (8) **Walk On Water** — Eddie Money (Columbia)
8 (9) **Waiting For A Star To Fall** — Boy Meets Girl (RCA)
9 (13) **My Prérogative** -- Bobby Brown (MCA)
10 (12) **Welcome To The Jungle** — Guns N Roses (Geffen)

The Top 10 Country Western Singles, as rated by **Cash Box Magazine**, with last week s positions in brackets

1. (3) **A Tender Lie** — Restless Heart (RCA)
2 (1) **If You Ain't Lovin' (You Ain't Livin')** — George Strait (MCA)
3 (6) **Love Helps Those** — Paul Overstreet (MTA)
4 (1) **I Know How He Feels** — Reba McEntire (MCA)
5 (7) **Love Helps Those** — Paul Overstreet (MTA)
6 (9) **We Must Be Doin' Somethin' Right** — Eddie Rabbit (RCA)
7 (11) **Hold Me** — K T OSLIN (RCA)
8 (5) **I Wish That I Could Fall In Love Today** — Barbara Mandrel (Capitol)
9 (12) **Mama Knows** — Shenandoah (Columbia)
10 (13) **Long Shot** — Baillie and the Boys (RCA)

## TODAY'S CROSSWORD PUZZLE

**ACROSS**

1 Con game
5 Elapsed
9 Lawsuits
14 New Mexican Indian
15 Norwegian capital
16 Woody vine
17 Preposition
18 Lurching
20 Tread
22 Castle and Dunne
23 Swale
24 Average
25 Grain
26 Bad pref
27 Steatite
28 Cauldron
31 Aspect
34 Arias
35 Gone by
36 Algerian city
37 Criminal
38 Influence
39 Elec unit
55 Cattle disease
57 Dull
58 Channel
59 Prior pref
60 Latvian city
61 Vulgarians
62 Ruminant
63 Chemical suffix

**DOWN**

1 Material
2 Light craft
3 Mr Dvorak
4 Arguable
5 Of mail
6 Flower
7 Buffet
8 Dress
9 Ministers
10 Buenos —
11 Midwest city
12 Feminine suffix
13 Loses vim
19 ' — — my dreams

PREVIOUS PUZZLE SOLVED

NAUT SODA HOSEL
ANNE AVID UNITY
BADE DISSIMILAR
OMIT ENT TATTLE
BEGET EATEN
ERAS NOR PAGE
MIS FACTO NOMES
ACTOFPARLIAMENT
TEENY BESTS NEA
EDDA PAL SAND
DELAY LEAST
SPRAIN TUP ATTA
MAIDENLIKE ROAR
INLET AVON ERGO
TEENS BEND DYES

## Your Horoscope

**ARIES (March 21-April 19):** You need to finish certain letters and get them on their way A money gift could help mend a rift Take good care of your health Give a romance another chance

**TAURUS (April 20-May 20):** All of a sudden things are falling into place again! Be careful not to tread on someone's ego today Your personal relationships are on a smoother course than in the recent past

**GEMINI (may 21-June 20):** Your mind is flooded with details today. How well you can sort them out will determine your level of success A research project develops You could find some important answers Consult with experts

**CANCER (June 21-July 22):** Keep your nose to the grindstone and you can score major financial and career gains today Entertaing at home proves more fun than going to someone else s house Sign important papers

**LEO (July 23-Aug. 22):** You have been under a lot of stress lately Some physical activity will help you relax Romance begins to sparkle A candid conversation leads to new rapport with someone special. Keep secrets.

**VIRGO (Aug 23-Sept. 22):** Do not take on more than you can handle Devote your energies to projects already under way Loved ones are happy to go along with your plans You enjoy your leadership role

**LIBRA (Sept. 23-Oct. 22):** A lack of cooperation will make you work harder on your own Pay more attention to details to prevent costly mistakes Offer assistance to a friend or neighbour in need Give practical help

**SCORPIO (Oct. 23-Nov.21):** Do not waste your time and cash on unproductive ventures Working at home is a good idea when dealing with figures Arguments with mate can be settled quickly if you are more diplomatic

**SAGITTARIUS (Nov. 22-Dec. 21):** Discard outmoded methods to increase profits Teamwork is fovoured Try to satisfy the demands of a critical higher-up This is no time to appear vague. Have a definite opinion to offer

**CAPRICORN (Dec. 22-Jan. 19):** Not a good day to make new moves Be content with recent gains. Promises may not be kept Bide your time Entertaining at home is less expensive and more intimate than going out

**AQUARIUS (Jan. 20-Feb. 18):** Financial affairs are especially sensitive now A revised budget will help you cut back on unnecessary spending' Romance looks happy. A shorter trip leads to a new understanding Protect your privacy.

**PISCES (Feb. 19-March 20):** Push hard to complete tasks at place of emplpyment Ignore co-workers who spend their time gossiping or goofing off Good work will not go unrewarded Personal problems are easier to resolve

BIGGER AND BETTER
Open till 8:00 pm
CHRISTMAS ART & CRAFT FAIR
Formerly Xmas Arts Craft Fair at Devon House
CINEMA 2
NEW KINGSTON
SATURDAY & SUNDAY
DEC 10~11, 10AM-8P.M.
ADMISSION

## BRITISH POP CHA

LONDON, AP:

Mistletoe and Wine a Christmas song by veteran British Richard jumped seven places to the top of the British pop toppling "Cat Among the Pigeons" by Bros

This week s top 10 singles, as listed by Our Price Mu national music retail chain with last week s placings in parc

1 (8) **Mistletoe and Wine** — Cliff Richards (EMI)
2 ( ) **Especially For You** — Kylie Minogue and Jason Donov
3 (7) **Suddenly** — Angry Anderson (Food for Thought)
4 (6) **Say A Little Prayer** — Bomb the Bass (Rhythm King)
5 ( ) **Crackers International** — Erasure (Mute)
6 (1) **Cat Among The Pigeons** — Bros (CBS)
7 (2) **First Time** — Robin Beck (Mercury)
8 (11) **Two Hearts** — Phil Collins (Virgin)
9 (5) **Left To My Own Devices** — Pet Shop Boys (Parlophon
10 (3) **Need You Tonight** — INXS (Mercury)

The Coffee Terrace
Devon House
WHERE DISCRIMINATING PEOPLE ME
OPEN FOR
- morning coffee
- light lunches (including quiches)
- pub sandwiches (every Wednesday)
- afternoon tea
- after work relaxation
(with good music & good conversation)
From 10 00 a m Daily Tel 92

Christmas
Coll
Carillon
CLUB LIMITED
Fashio
Open Everyday

THE BIG BAND
conducted by
Sonny Bradshaw
invites you to
"COME DANCING
Recreating the Golden Days
The Famous Night Clubs
"The Glass Bucket" "Silver Sl
"Bournemouth" & "Sugar H
Monday, December 26, 1988

3/13/2018 NPA JPEG Viewer

40 Gadgets
41 Heaped
42 Lixivium
43 Baboons
44 Stupor
45 The Marines
47 State abbr
48 Survey
51 Accuse
53 Sports event
21 Disagreement
25 Outbursts
26 Blokes
27 Labors
29 Give the eye
30 Narrated
31 Young equine
32 Throng
33 Nova Scotia point
34 Footwear
37 Hat
38 Farm animal
40 Goals
41 Election
44 Hesitate
46 Mandate
47 Lineage
48 California county
49 Acapulco pal
50 Bike part
51 Bed
52 N Z tree
53 "B" of "NB"
54 Coarse wool
56 Cushion

12-9-88 © 1988 United Feature Syndicate

Everybody advertises in...
The Daily Gleaner

OVER 100 CRAFTS PEOPLE
CHILDREN UNDER 12 FREE
•UNUSUAL GIFTS •CRAFTS CURIOS • FOOD • FUN •CAROLLING CONCERT AT SUNDOWN
PART PROCEEDS TO MAXFIELD PARK CHILDRENS HOME & OTHER CHARITIES
*A GREAT SHOPPING WEEKEND FOR ALL
You're Right! Red Stripe THE GREAT JAMAICAN BEER
LEATHER ART CERAMICS PRINTS SHELL JEWELLERY RINGS POSTERS T-SHIRTS BAGS WOOD CARVINGS SILK SCREENS PAINTING EMBROIDERY TEXTILES HANDWORK
A PROFILES IN CRAFT PROMOTION

Independence Ballroom
Wyndham New Kingston Hot
beginning at 10 00 p m
Contribution $200 per perso
includes Sumptuous Buffet
CASH BAR PRIZES & SUR
Dress: Formal
Come dance to Jamaica's fabulous 20 piec
Tickets / Reservations for 400 Patrons o available from Sonny Bradshaw 927-354 Carmen Clarke 926-3776, Edgar Gallimo 926-1194, Milton Weller 926-1100, and Billy Woung 925-2215.

GARTH

BUTTON YOUR LIP AND DON'T TRY TO ESCAPE!
WHAT THE BLAZES? I WAS SURFING-
W226
I'VE GONE BACK IN TIME - ABOUT TWO HUNDRED YEARS - TO THE VERY BIRTH OF AUSTRALIA!
BARMY THE CONVICTS - ALL OF 'EM

NEWSPAPERARCHIVE® NEWSPAPER

https://gleaner.newspaperarchive.com/kingston-gleaner/1988-12-09/page-11/ 3/3