# EXHIBIT A

Downloaded to attached CD and referenced as the song "We Run Things" (or *Run*)