# EXHIBIT B



| | |
|---|---|
| Document title: | Flourgon – We Run Things Lyrics \| Genius Lyrics |
| Capture URL: | https://genius.com/Flourgon-we-run-things-lyrics |
| Captured site IP: | 104.16.212.100 |
| Page loaded at (UTC): | Tue, 21 Aug 2018 20:25:01 GMT |
| Capture timestamp (UTC): | Tue, 21 Aug 2018 20:46:59 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 7 |
| Capture ID: | 5976193c-b257-4d08-a15c-db037260d902 |
| User: | dwt-mduffy |

PDF REFERENCE #:     aJ2koFxEFN5Rx1vhXPGnDJ









# We Run Things
## Flourgon
Produced by Hugh "Redman" James

WE RUN THINGS LYRICS

[Intro]
All manner of things, one time
Me want-a shout out on this one ye
How we rule, everything come after
Ah-huh, listen

[Chorus]
We run things, things no run we
Anything we done, it haffi done properly
We run things, things no run we
Anything we done, it haffi done properly
We rule girl, girl no rule we
That's a fi girl, dem haffi respect we
We rule dollars, dollars don't rule we
That's a fi with dollars, always plenty

[Verse 1]
Hear me now
Nuff a likkle youth survive di name a have stamp
Treat a fame girl like a gentleman
So she start see, him is a sad man
She can do anything she can
Like call me 12 o'clock and quarter-past one
But if a girl love me, that's a different fashion



Ask us a question about this song

[Ask a question]

[Sign Up to Start Annotating]

1 VIEWING    6 CONTRIBUTORS
Jamaica, Dancehall, R&B




Nuff a likkle youth survive di name a have stamp
Treat a fame girl like a gentleman
So she start see, him is a sad man
She can do anything she can
Like call me 12 o'clock and quarter-past one
But if a girl love me, that's a different fashion
Jahman she would haffi know seh mi a di man
We come first and she come second

[Chorus]
We run things, things no run we
Anything we do, it haffi done properly
We rule girl, girl no rule we
That's a fi a girl, dem haffi respect we

[Verse 2]
Uptown love an downtown city
I luv di pussy gyal haffi follow we
Is ya power gone dem haffi get tanked by me
Anytime me come, me have a life
Rum dancehall at me cock party
Ah pon stage oh - weh ya celebrating yea
People in-a England, them haffi know our way
People in-a New York, they wan know our way
People dem a Ghana, them wan know our way
It seems like the girl dem wan fi njam me because

[Chorus]
We run things, things no run we
Anything we touch, we haffi - get di Grammy

[Bridge]
Dem a jump an'a dance - dem a jump away
Dem a jump a party fi di - flow a di day
Come a sit-dung pon di rhythm
A we sit-dung seh day
Anything we touch man a full a quality - because



"WE RUN THINGS" TRACK INFO

| | |
|---|---|
| Written By | Flourgon |
| Release Date | 1988 |
| Interpolated By | We Run Things (It's Like That) by (Da) Bush Babees |

Come a sit-dung pon 18 hyundai,
A we sit-dung seh day
Anything we touch man a full a quality - because



[Chorus]
We run things, things no run we
Anything we touch, we haffi get - be coming

We rule girl, girl no rule we
Tell yuh friend weh girl a fi respect we

[Verse 3]
Some man nowadays dem a gwaan like dem a nut
Just sit dem mouth around like dem a girl a hut
A when dem mad-ja dem haffi keep quiet
Dem girl sound better with spoon and pot - but

[Chorus]
We run things, things no run we
Anything we touch, we haffi - get di Grammy
We rule girl, girl no rule we
That's a fi girl, dem haffi respect we

[Verse 4]
I tell a Flourgon dis eva in my run things
Hello [?sewa] check di [?sira] in my run things
I tell da Redman this year i'ma run things
A boy try an tell mi - why - clip dem wings

[Verse 4]
I tell a Flourgon dis eva in my run things
Hello [?sewa] check di [?sira] in my run things
I tell da Redman this year i'ma run things
A boy try an tell mi - why - clip dem wings



[Chorus]
We run things, things no run we
Anything we touch we haffi get di Grammy
We rule dance a me rule party
An all of di fans step up an follow we


[Verse 5]
Tell yuh Flower dat seh him a - celebrity
Tell yuh Daddy listen dis a - celebrity
Tell a Redman him is a - celebrity
Tell yuh Daddy said he is a - celebrity because

[Chorus]
We run things, things no run we
Anything we do, we haffi - get di Grammy

[Verse 6]
They come a-dance, we ever lively
All the girls dem a jump a dem a shout me way
Now we bring the vybz an make dem irie
Dem man dem muss a jump an a turn di money, come on

[Chorus]

They come a-dance, we ever lively
All the girls dem a jump a dem a shout me way
Now we bring the vybz an make dem irie
Dem man dem muss a jump an a turn di money, come on

[Chorus]
We run things, things no run we
…

   2   Embed

**MORE ON GENIUS**

 Ne-Yo Talks "Good Man," New Album, R&B Revival & More On 'For The Record'

 IRL: DRAM Cuts Down A Christmas Tree & Discusses His Next Career Moves

 "Freaky Friday" & Lil Dicky's History With The N-Word

 Miley Cyrus Is Facing A Copyright Lawsuit Over "We Can't Stop"



Add a comment

Home > F > Flourgon > We Run Things Lyrics

About Genius   Contributor Guidelines   Press   Advertise   Event Space
Privacy Policy   Licensing   Jobs   Developers   Terms of Use   Copyright Policy   Contact us   Sign in
© 2018 Genius Media Group Inc.

[Chorus]
We run things, things no run we

...

   

**MORE ON GENIUS**

 Ne-Yo Talks "Good Man," New Album, R&B Revival & More On 'For The Record'

 IRL: DRAM Cuts Down A Christmas Tree & Discusses His Next Career Moves

 "Freaky Friday" & Lil Dicky's History With The N-Word

 Miley Cyrus Is Facing A Copyright Lawsuit Over "We Can't Stop"



Add a comment

Home > F > Flourgon > We Run Things Lyrics

About Genius   Contributor Guidelines   Press   Advertise   Event Space
Privacy Policy   Licensing   Jobs   Developers   Terms of Use   Copyright Policy   Contact us   Sign in
© 2018 Genius Media Group Inc.

VERIFIED ARTISTS    ALL ARTISTS:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #