# EXHIBIT C

Downloaded to attached CD and referenced as the song "We Can't Stop" (or *Stop*)