# EXHIBIT D



| | |
|---|---|
| Document title: | Flourgon - Wikipedia |
| Capture URL: | https://en.wikipedia.org/wiki/Flourgon |
| Captured site IP: | 208.80.153.224 |
| Page loaded at (UTC): | Tue, 21 Aug 2018 20:47:24 GMT |
| Capture timestamp (UTC): | Tue, 21 Aug 2018 20:47:40 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | 3cb4223c-ef77-41da-b68f-86dfe4e4e0eb |
| User: | dwt-mduffy |

PDF REFERENCE #:   8HXkLsfrSEwAx7Nev8gHcW

Not logged in Talk Contributions Create account Log in

Article | Talk

Read | Edit | View history | Search Wikipedia

# Flourgon

From Wikipedia, the free encyclopedia

**Michael May** (born c.1970), better known as **Flourgon**, is a Jamaican dancehall artist.

| Flourgon | |
|---|---|
| Birth name | Michael May |
| Born | c.1970 Kingston, Jamaica |
| Genres | Reggae, dancehall |
| Years active | Mid-1980s–present |
| Labels | Techniques, VP, Exterminator |
| Associated acts | Red Dragon, Sanchez (singer), Daddy Lizard, Buju Banton |

## Biography [ edit ]

May got his nickname of 'Flourgon', which became his stage name, due to his love of dumplings.[1] After being tutored by Charlie Chaplin, he gained experience deejaying on various Kingston sound systems, he started his own — Sweet Love, which featured Buju Banton early in his career.[1][2] He often performed with his brother, the deejay Red Dragon, and with his close friends Daddy Lizard (also his brother-in-law) and Sanchez.[1][2]

He released several Jamaican hit singles in the late 1980s and 1990s, recording for producers such as Winston Riley, Steely & Clevie, and Philip "Fatis" Burrell, both solo efforts and in combination with other deejays and singers such as Red Dragon, Freddie McGregor ("Bless My Soul"), Sanchez ("Madly In Love"), Ninjaman ("Zip It Up"), and Thriller U ("Girls Just Wanna Have Fun").[2][3][4][5] His success continued into the 21st century, and he continued to perform live but his releases became less frequent.[1][2] In 2010 he announced the intention to release a new album titled *Can't Live Without You*, but it has yet to be released.[5]

May became a Rastafarian and no longer performs some of his earlier material, saying in 2008: "certain songs mi used to do mi wouldn't do anymore. I'm more conscious now".[1]

In 2016 he released the single "You Got Me Talking", and planned to tour Europe with Sanchez.[6]

In March 2018, Flourgon filed a law suit against Miley Cyrus and record label RCA for copyright infringement, saying that Cyrus's song "We Can't Stop" includes lyrics from his song "We Run Things."[7][8]

## Discography [ edit ]

- *Red Dragon Vs Flourgon* (1989), Techniques
- *Count Out* (1989), VP

## References [ edit ]

1. ^ a b c d e Henry, Krista (2008) "Glory days - Flourgon 'Run Tings' in late '80s", *Jamaica Gleaner*, 13 April 2008, retrieved 2011-05-09
2. ^ a b c d Moskowitz, David V. (2006) "Flourgon" in *Caribbean Popular Music: am Encyclopedia of Reggae, Mento, Ska, Rock Steady, and Dancehall*, Greenwood Press, ISBN 0-313-33158-8, p. 113
3. ^ Larkin, Colin (1998) "Flourgon" in *The Virgin Encyclopedia of Reggae*, Virgin Books, ISBN 0-7535-0242-9, p. 100-101
4. ^ Barrow, Steve & Dalton, Peter (2004) *The Rough Guide to Reggae, 3rd edn.*, Rough Guides, ISBN 1-84353-329-4, p. 302, 312
5. ^ a b McLean, Roxroy (2010) "Where are they now? Deejay Flourgon", *Jamaica Star*, 12 February 2010, retrieved 2011-05-09
6. ^ Jackson, Kevin (2016) "Flourgon back on the trail", *Jamaica Observer*, 1 June 2016. Retrieved 5 June 2016
7. ^ "Miley Cyrus Slapped With Lawsuit Over 'We Can't Stop' Lyrics". *TheWrap*. 2018-03-13. Retrieved 2018-03-14.
8. ^ "Miley Cyrus Lawsuit: Listen to the Jamaican Song 'We Can't Stop' Is Accused of Copying". *www.msn.com*. Retrieved 2018-03-14.

Categories: Jamaican reggae musicians | Living people | Musicians from Kingston, Jamaica

This page was last edited on 15 March 2018, at 19:04 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Developers   Cookie statement   Mobile view