# EXHIBIT E

Case 1:18-cv-02238-LAK-RWL Document 53-5 Filed 08/22/18 Page 2 of 6



| | |
|---|---|
| Document title: | Gleaner Editors' Forum \| 'We Run Things' battle comes to home ground - Flourgon's legal team finds trio willing to confirm \| Entertainment \| Jamaica Gleaner |
| Capture URL: | http://jamaica-gleaner.com/article/entertainment/20180518/gleaner-editors-forum-we-run-things-battle-comes-home-ground |
| Captured site IP: | 66.132.217.144 |
| Page loaded at (UTC): | Tue, 21 Aug 2018 20:48:11 GMT |
| Capture timestamp (UTC): | Tue, 21 Aug 2018 20:48:28 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 5 |
| Capture ID: | f6fa3c9d-be6a-4abc-9656-dad135fd9f50 |
| User: | dwt-mduffy |

PDF REFERENCE #:     uHUcqBQ7VQL1cVEPuNSuzB

Mobile Apps | ePaper | Login | Subscribe Now    Tue | Aug 21, 2018   Kingston  91°F  82°C   Google Custom Search   [Search]




# The Gleaner
Jamaica WI — Established 1834

106 POWER — The Digital Sound — Where all views can contend

Home | Lead Stories | News | Sports | Entertainment | Business | Letters | Commentary | Flair | Health | Food
World News | Lifestyle | In Focus | Auto | Social | Outlook | Shipping | Western Focus | Art & Leisure | Blogs | Jobs | Radio
Classifieds

- Mobile version
- Subscribe to this feed
- Join us on Facebook
- Follow us on Twitter



Lifestyle / Fitness Challenge — Fit 4 Life #FIT4LIFEJA

# Gleaner Editors' Forum | 'We Run Things' Battle Comes To Home Ground - Flourgon's Legal Team Finds Trio Willing To Confirm

More Entertainment
Email this story
Print this page
E-mail the editor

Share this Story:   Recommend 0

Published: Friday | May 18, 2018 | 12:00 AM | Mel Cooke/Gleaner Writer

Previous                                                             Next



Flourgon                                                              File

1 2 3



**Start Download - View PDF**
Convert From Doc to PDF, PDF to Doc Simply With The Free Online App!

### More Stories

- Search on for 'Annie!' cast – Auditions set for Sept 15 at St Andrew High
- On the brink of retirement — Tifa releases debut album
- 'The Parables' - Another hit for Father Ho Lung and Friends
- Jamaica Poetry Fest a night of fun, depth and blackness
- Latin America a route into US market
- Electrifying body art - Ja one of Joel Alvarez's favourite places to apply skill
- 'New calypso' finds J'can platform
- Heart-warming characters, good



### Videos



For more videos click here.



### Latest Blogs



Deejay Michael 'Flourgon' May's **We Run Things** is listed by discogs.com as having been released in 1988 by the Redman International label as a seven-inch single. However, after his lawsuit against American singer Miley Cyrus for her use of the phrase, of which his song's title is a part, in her hit **We Can't Stop**, Flourgon's legal team is claiming that he created it even earlier. A US$300-million claim was filed in New York City, USA, in March this year against Cyrus and Sony Music.

JoAnn Squillace of the firm Drummond and Squillace, a member of a team of six lawyers which sat with **The Gleaner** yesterday, said Flourgon created the words under

Deejay Michael 'Flourgon' May's **We Run Things** is listed by discogs.com as having been released in 1988 by the Redman International label as a seven-inch single. However, after his lawsuit against American singer Miley Cyrus for her use of the phrase, of which his song's title is a part, in her hit **We Can't Stop**, Flourgon's legal team is claiming that he created it even earlier. A US$300-million claim was filed in New York City, USA, in March this year against Cyrus and Sony Music.

JoAnn Squillace of the firm Drummond and Squillace, a member of a team of six lawyers which sat with **The Gleaner** yesterday, said Flourgon created the words under contention in 1981, while associated with the Rambo Mango sound system, an outfit which the Encyclopedia of Popular Music names Buju Banton as having also been involved with. Squillace spoke about various ways of infringing on the intellectual property of a song, clarifying "you can take the actual lyrics, which is what we are claiming here".

To audibly demonstrate Flourgon's position, she played a recording of **We Run Things** and **We Can't Stop** alternately, Cyrus singing "we run things, things don't run we" and Flourgon deejaying "we run tings, tings nuh run we". Focusing on the words, Squillace noted that musically, "They don't sound alike, they don't have to" and emphasised that the lines are in the most important part of Cyrus' song, the chorus. The team has a trio of persons ready to state that Flourgon created the phrase.

In addition to the words, Squillace said Cyrus followed the theme of Flourgon's song, which is about being in self-control, not caring what anyone thinks and being determined that "I am going to do me."

Stephen Drummond of the same firm noted that Flourgon, who is now 53 years old (which would make him about 16 when he came up with "we run things"), "was a little boy when he came up with the idea. There is a certain humility to him that we love. And with Flourgon's obtaining formal copyright for **We Run Things** shortly before the lawsuit was filed, emphasised that the deejay's ownership of the intellectual property goes back to the 1980s. While 'we run things, things no run we' became commonly used in Jamaica, Drummond emphasised that things which become a part of popular culture have an origin.

The team said the tour for the 2013 **Bangerz** album, which **Can't Stop Me** is on, made US$63 million, with other income streams not being taken into consideration. They also said **We Can't Stop** is one of three songs that Cyrus performs consistently, singing it even while promoting other projects. Cyrus' hit **Wrecking Ball** is also on **Bangerz**.

The website celebritynetworth.com lists Cyrus worth at US$160 million.

melville.cooke@gleanerjm.com

**Share this Story:**     

«Tarrus Riley to receive international award in the US
Diplomacy through the arts»



---

Latin America a route to market

Electrifying body art - Ja one of Joel Alvarez's favourite places to apply skill

'New calypso' finds J'can platform

Heart-warming characters, good acting, poor last third

The Music Diaries | Rhythm & Blues' impact on popular music

Blvk H3ro time travels for Levi's vintage Campaign



**Latest Blogs**

CIRCUIT RACING IS BIGGER THAN DOUG GORE AND DAVID SUMMERBELL JR PART 4 FINAL

Count the Cost

CIRCUIT RACING IS BIGGER THAN DOUG GORE AND DAVID SUMMERBELL JR PART 3

CIRCUIT RACING IS BIGGER THAN DOUG GORE AND DAVID SUMMERBELL JR PART 2

School costs How can you afford it

**Top Jobs**

ARCHITECTURAL TECHNICIAN
Not Specified

Bearer (Kingston) (Biker)
Not Specified

CAREER OPPORTUNITIES
St. Mary High School

INVENTORY CLERK
Not Specified

MANAGING DIRECTORS
National Energy Solutions Limited

ASSISTANT INTERNAL AUDITORS
Singer Jamaica Limited

PROCUREMENT SUPERVISOR
Kingston Freeport Terminal Ltd.

PAYROLL CLERK
Private Power Operators Limited

TECHNICAL MACHINE OPERATORS
Seprod

Final Project Evaluation Consultancy
International Organization for Migration







**Comments for this thread are now closed** ✕

**Comments**   **Community**   ① Login ▾

♡ Recommend                                      Sort by Best ▾



**Serena Atkins** • 3 months ago

Good!

△ | ▽ • Share ›

**mr. Bear** • 3 months ago

If so be the case. The Jamaican copy rights organization file should be long from the earth to the moon. Because people from all over the world is now into Jamaican culture. Look at Bony M. Blonde, Harry Belafonte, Staples singers, and recently Drake. Registration is not just to vote for a government, it's also there to protect one's rights. There fore all the agency in Jamaica must now jump on their high horse, and walk, and register, every Jamaican songwriter cat. they can find, because the outside world is coming to Jamaica, not just for sea, and sun, but our music. Yuh suh mih?

△ | ▽ • Share ›

**ALSO ON JAMAICA-GLEANER**

### Policeman shot dead in Westmoreland
8 comments • a day ago

 **Dully** — As a police if you can don't drink or go barber in your work area.Another thing don't mix up with criminals don't take anything from them.

### Palestinians sort through 8 years of mail held by Israel
3 comments • a day ago

 **we lost the cause** — The govt of Israel practices apartheid and must be seen as an apartheid state similar to what white South Africans did to the black population of South Africa. Apartheid is real in …

### UK chef accused of cultural appropriation over 'jerk rice'
3 comments • a day ago

 **Mary Howe** — its normal for the colonizer to steal and re-interpret the victim's culture and monetize and sell it back to the victim.It never stopped.Talk about rapacious.HOUSE SLAVEAnd you …

### Opposition calls for probe into USF amid resignation of CEO
2 comments • a day ago

Document title: Gleaner Editors&#39; Forum | &#39;We Run Things&#39; battle comes to home ground - Flourgon&#39;s legal team finds trio willing to confirm |…
Capture URL: http://jamaica-gleaner.com/article/entertainment/20180518/gleaner-editors-forum-we-run-things-battle-comes-home-ground
Capture timestamp (UTC): Tue, 21 Aug 2018 20:48:28 GMT

Page 3 of 4


**Serena Atkins** • 3 months ago

Good!

• Share ›


**mr. Bear** • 3 months ago

If so be the case. The Jamaican copy rights organization file should be long from the earth to the moon. Because people from all over the world is now into Jamaican culture. Look at Bony M. Blonde, Harry Belafonte, Staples singers, and recently Drake. Registration is not just to vote for a government, it's also there to protect one's rights. There fore all the agency in Jamaica must now jump on their high horse, and walk, and register, every Jamaican songwriter cat. they can find, because the outside world is coming to Jamaica, not just for sea, and sun, but our music. Yuh suh mih?

• Share ›

ALSO ON JAMAICA-GLEANER

**Policeman shot dead in Westmoreland**
8 comments • a day ago

 **Dully** — As a police if you can don't drink or go barber in your work area.Another thing don't mix up with criminals don't take anything from them.

**Palestinians sort through 8 years of mail held by Israel**
3 comments • a day ago

 **we lost the cause** — The govt of Israel practices apartheid and must be seen as an apartheid state similar to what white South Africans did to the black population of South Africa. Apartheid is real in …

**UK chef accused of cultural appropriation over 'jerk rice'**
3 comments • a day ago

 **Mary Howe** — its normal for the colonizer to steal and re-interpret the victim's culture and monetize and sell it back to the victim.It never stopped.Talk about rapacious.HOUSE SLAVEAnd you …

**Opposition calls for probe into USF amid resignation of CEO**
2 comments • a day ago

 **Nichola** — Yes so all get a chance. Government is not friend to friend or for just party loyalists

✉ Subscribe   ⓓ Add Disqus   🔒 Privacy Policy   **DISQUS**

### The Gleaner Archives
Digital Archives: Online editions 2006-Now
Library: Research and Assistance
Print Archives: Editions 1834–Present

### Gleaner Your Way
Mobile: Get the Gleaner on your mobile
Newsletter: Get headline news
RSS Feeds
Gallery
Games
Videos

### Gleaner Company Websites
The Star
Gleaner Classifieds
Go Jamaica
Hospitality Jamaica
Gleaner - North America
Youthlink
Voice UK

### Gleaner Company Websites
Business Directory
Restaurant Week
Discover Jamaica
Go Jamaica Hosting
First Look
Sports Jamaica
diGJamaica
Weather

### Gleaner Links
Our Products
Advertise with us
About Us
Contact Us
Suggestion
Subscription
Terms and Conditions
Submit a Letter
Privacy Policy
RJR Gleaner Merger Q&A

Copyright © 2018 The Gleaner Company (Media) Limited. A member of the RJRGLEANER Communications Group. All Rights Reserved.