# EXHIBIT R



# We Run Things (It's Like That)

## (Da) Bush Babees

Produced by Ali Shaheed Muhammad
Album Ambushed

WE RUN THINGS (IT'S LIKE THAT) LYRICS

[Hook]
Its like this y'all, Its like that y'all
We represent the hip hop, but not the rap y'all
Its like this y'all, Its like that y'all
We represent the hip hop, but not the rap y'all
Its like this y'all, Its like that y'all
We represent the hip hop, but not the rap y'all
Its like this y'all, Its like that y'all
We represent the hip hop

[Verse 1: Babe-B-Face Kaos]
Back in the days before I signed a line
When the babyface never got paid to rhyme
When Kane released Raw and everything was fine
Before the rap industry messed with my mind
I used to run to the jam snot nosed and all
Never tried to be hard, never tried to play the wall
MCs grab the mike tap the head and begin

"WE RUN THINGS (IT'S LIKE THAT)" TRACK INFO

| | |
|---|---|
| Written By | (Da) Bush Babees & Ali Shaheed Muhammad |
| Release Date | December 6, 1994 |
| Sampled In | Represent the Real by Das EFX (Ft. KRS-One) |

Interpolates We Run Things by Flourgon

Flowed for four minutes then passed to the end

But nowadays cause rap pays

You got a million rappers and a thousand DJs

All wanna talk about how much they flip

Runnin off at the mouth so much ya tongue was kicks

But thats aight, I represent the real hip hop

Because rappers just rap but MCs get props

And we run styles no styles no run we

Bush Babees run things represent who ya be

[Hook]

[Verse 2: Y-Tee]

Its a every style, nah gon live like people do

Now make a new style from run you

How does the Ambush crew a-pass through?

I make we tell them what fi do

Me say mercy, worse he

Bitter like circy

No have to bust a shot to make a next man hear me

Rush me, comin' from the music industry

Everybody wan fe be a bad man, them crazy

Easy

[?] an MC

A why do dem, a why do dem

Them would-a use we, nah just fe reach the top rung

But in the know we know we never sell out fe dem

They ask dem the question and its like them hear den

## Ambushed
### (Da) Bush Babees

2. Pon De Attack
6. Just Can't Stand It
8. Hit 'Em Up
9. We Run Things (It's Like That)
11. Remember We

Remember We (Remix)

We Run Things (It's Like Dat)

If reggae music and hip-hop upon friend

A message we uh send

To tell the all uh dem

United with [?] or divided [?]

[Hook]

[Verse 3: Mr. Man]

Its been a while since you heard somebody rhyme like this

The fortified mental grimy that you can't dismiss

At the top of the list because the masses insist

Its a must that I create to elevate from the abyss

The mind must be nourished so the truth can flourish

As the rubbish is discourage by the explosional floodage

Of my verb as I infiltrate your state the least when the energy's released

You can tell its coming from the East

So cease with your ranting and your raving

And all the misbehaving that you claim with your name

In order to maintain

That status on the mike apparatus

Everybody wants to try to sound the phattest or the baddest

Thats not the case when your standing face to face in the place to be

With the face to see from inner space, so

Face the facts and tell truth to the nation

Mr. Man and thats my representation

Case 1:18-cv-02238-LAK-RWL   Document 53-18   Filed 08/22/18   Page 5 of 10

MORE ON GENIUS

Home  >  T  >  (Da) Bush Babees  >  We Run Things (It's Like That) Lyrics

About Genius     Contributor Guidelines     Press     Advertise     Event Space
Privacy Policy     Licensing     Jobs     Developers     Terms of Use     Copyright Policy     Contact us
Sign in
© 2018 Genius Media Group Inc.

VERIFIED ARTISTS     ALL ARTISTS:

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X
Y  Z  #



| | |
|---|---|
| Document title: | Da Bush Babees - We Run Things (It's Like Dat) - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=hszpWe5WR7w |
| Captured site IP: | 172.217.15.78 |
| Page loaded at (UTC): | Wed, 22 Aug 2018 20:47:47 GMT |
| Capture timestamp (UTC): | Wed, 22 Aug 2018 20:48:04 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 5 |
| Capture ID: | 6af240c4-7bec-4be7-aa5f-0384150d4097 |
| User: | dwt-mduffy |

PDF REFERENCE #:        jn2dN88dYzeEvxg5xxhbCm



 SIGN IN

Up next — AUTOPLAY


Pete Rock & C. L. Smooth "They..."
BVMUndergroundHipHop
7.8M views




Mix - Da Bush Babees - We Run Things (It's Like...
YouTube


15 Things You Didn't Know The Purpose Of!
Factnomenal
Recommended for you


Heltah Skeltah & OGC - Leflaur Leflah...
jonasHM
2M views

### Da Bush Babees - We Run Things (It's Like Dat)
742,701 views

 4.7K    122    SHARE      


Black Moon - I Got Cha Opin (Remix)
NervousRecordsNYC
2.1M views

 **DJ FiBa**
Published on Mar 15, 2007

**SUBSCRIBE  405**

Music video clip of " We Run Things " by Da Bush Babees. Back in the Days REAL HIP HOP! Peace!

SHOW MORE


Craziest Game Finishes in Sports...
Savage Brick Sports
Recommended for you


Da Bush Babees- Remember We
netre
1M views

### 624 Comments

  Add a public comment...


Boeing 747-400 Miami Take-off in...
The Pilot Channel
Recommended for you

 **Breezey L** 5 months ago
Micheal May must be broke now.
This sounds NOTHING like Miley's song.
 17    REPLY


Crooklyn Dodgers (Special Ed, Masta...
VintageHipHopSeattle
2.7M views

 **Tawanna Greene** 5 months ago (edited)
This doesn't resemble "we can't stop" at all. I don't see any correlation besides it including humans and being a song.
 5  REPLY


😆IMPOSSIBLE ODDS COMPILATION!!!😆
People Are STILL Idiots
Recommended for you


Robin Williams on Carson w/ Jonathan...
MaTeOWaNnA ReMaSt'F
Recommended for you

Document title: Da Bush Babees - We Run Things (It&#39;s Like Dat) - YouTube
Capture URL: https://www.youtube.com/watch?v=hszpWe5WR7w
Capture timestamp (UTC): Wed, 22 Aug 2018 20:48:04 GMT

Page 1 of 4

**Tawanna Greene** 5 months ago (edited)
This doesn't resemble "we can't stop" at all. I don't see any correlation besides it including humans and being a song.

👍 5  👎   REPLY

**Callum Brown** 1 year ago
THIS BEAT IS SOO NICE SUMMER TIME BIG UP!

👍 10  👎   REPLY

**LiaLenore** 2 years ago
that's my dad at 00:18 ... no joke lol

soooo weird

👍 90  👎  ❤️  REPLY

View all 16 replies ⌄

**Sharissa Davision** 3 years ago (edited)
Jazz music had a big influence in 80's and 90's hiphop big use of horns. The quality of beats declined in the mid 2000's. Hiphop died in 2005 at least in my opinion soon as the snap music/ autotune era took over. I BLAME artists/groups like: D4L, Dem Franchize Boyz, T-Pain etc. If you don't believe me do your own research. The quality was never the same beat wise,
Read more

👍 38  👎  ❤️  REPLY

View all 9 replies ⌄

**Spark Daizm** 1 year ago
Back in the days before I signed a line
When the babyface never got paid to rhyme
When Kane released Raw and everything was fine
Before the rap industry messed with my mind
Read more

👍 6  👎   REPLY

**David Jallow** 4 years ago
This song is timeless. The ummah, Jay Dee, Mos Def, Busta Rhymes, Bush Babees, Pete Rock, Def Squad, K def, Mop Large pro, the roots, gangstarr, J rawls, Ini, jazzy jeff, spinna, easy mo bee, freddie foxx, bcc, ditc, dj quick, dpg, Dre this is hip hop 90s

👍 16  👎   REPLY

View reply ⌄

**G R Houston-Jack** 3 years ago
I was a freshman at NYU when I bought their CD single. I still have their flyer from the concert too. Memories.

👍 32  👎  ❤️  REPLY

View all 6 replies ⌄

**Baltimorehop** 4 years ago
Question. Don't you just miss Hip Hop? Man...

👍 41  👎   REPLY

View all 4 replies ⌄


Robin Williams on Carson w/ Jonathan...
MaTeOWaNnA ReMaSt'F
Recommended for you


Mad Lion - Take It Easy
NervousRecordsNYC
3M views


Da Bush Babees - We Run Things (It's Like...
Bo Blue
66K views


Kurious - Uptown Hit [HQ Video]
GrimeeRappuh
875K views


Tape Face Auditions & Performances |...
Got Talent Global ✓
Recommended for you


Lords of the Underground - Chief...
timbuk2
13M views


Black Moon - How Many MC's...
NervousRecordsNYC
2M views


Da Bush Babees ft. Mos Def - The Love...
VintageHipHopSeattle
288K views


Top 10 Foods That Originally Looked...
BE AMAZED
Recommended for you


Smif-N-Wessun - Sound Bwoy Bureill
NervousRecordsNYC
2.4M views

SHOW MORE


**Baltimorehop** 4 years ago
Question. Don't you just miss Hip Hop? Man...

👍 41  👎  REPLY

View all 4 replies ⌄


**Anthony Montero** 3 years ago
Takes me back...classic joint right here...I had this tape, I remember riding the bus everyday listening to this...damn I miss those days

👍 6  👎  REPLY


**Aniel Sardjoe** 2 years ago
no autotune!!!

👍 15  👎  REPLY

View reply ⌄


**Trinidad Figueroa** 2 years ago
Proud to be raised on real Real hiphop, 80's babies did it better, no comp man.

👍 12  👎  REPLY


**Luey Newton** 3 years ago
But now a days, cause rap pays we got a million rappers and a thousand DJ!!

👍 12  👎  REPLY

View reply ⌄


**Bolero** 4 years ago (edited)
first verse was so raw, hip hop and straight up being a rapper flowin' with spirit and meaning in his lines,
the second verse sounded so good and was original how a nice reggae hook was flowin' under the chorus,
Read more

👍 24  👎  REPLY

View all 3 replies ⌄


**sonia polycarpe** 2 years ago
real hip hop.  I miss real music and videos with the women with their clothes on.

👍 8  👎  REPLY


**Darnell O'Hara** 4 years ago
you got to be in your mid 30's to know about this

👍 16  👎  REPLY

View all 6 replies ⌄


**Trueblue2053** 3 years ago
Real hip hop wait a minute let me say it again REAL HIP HOP

👍 5  👎  REPLY

**None None** 5 months ago
Is he trying to get relevant or something?

View reply


**Trinidad Figueroa** 2 years ago
Proud to be raised on real Real hiphop, 80's babies did it better, no comp man.
👍 12  👎    REPLY


**Luey Newton** 3 years ago
But now a days, cause rap pays we got a million rappers and a thousand DJ!!
👍 12  👎    REPLY

View reply


**Bolero** 4 years ago (edited)
first verse was so raw, hip hop and straight up being a rapper flowin' with spirit and meaning in his lines,
the second verse sounded so good and was original how a nice reggae hook was flowin' under the chorus,
Read more
👍 24  👎    REPLY

View all 3 replies


**sonia polycarpe** 2 years ago
real hip hop. I miss real music and videos with the women with their clothes on.
👍 8  👎    REPLY


**Darnell O'Hara** 4 years ago
you got to be in your mid 30's to know about this
👍 16  👎    REPLY

View all 6 replies


**Trueblue2053** 3 years ago
Real hip hop wait a minute let me say it again REAL HIP HOP
👍 5  👎    REPLY


**None None** 5 months ago
Is he trying to get relevant or something?
Like this doesn't sound like we can't stop... silly
👍 2  👎    REPLY


**mlingkong king** 5 months ago
Aside from the rhythm, i cant find any melodic similarities with mileys song
👍 2  👎    REPLY


**LaChele** 1 year ago
My goodness! The nuances in this song just gives me chills. I haven't heard this song in years.
#anditsstillallgood
👍 2  👎    REPLY

**Tirrell25** 2 years ago
We were spoiled back then to much originality, and sounding the same was scarce.now its embraced.