# EXHIBIT FF

# EU OHIM Trademark and Design grants trade mark "015813272 - We Run Tings" to We Run Tings Ltd

Plus Patent News

January 1, 2017 Sunday

Copyright 2017 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 53 words

**Dateline:** New York

## Body

Alicante: We Run Tings Ltd, has been granted trademark (015813272) titled as "015813272 - We Run Tings" from the Office for Harmonization Trademark and Design in the Internal Market.

Status: Registered

Nice Classification: 9, 18, 25, 28

Filing Date: 07/09/2016

Date of registration: 23-12-2016

Representative name: A/S(ID: A/S)

**Load-Date:** January 3, 2017

**End of Document**