

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

Meredith I. Santana
(212) 603-6417 tel
(212) 379-5287 fax

meredithsantana@dwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-19

December 12, 2019

Granted.

SO ORDERED:

/s/ 12/12/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA EMAIL**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *May v. Sony Music Entertainment et al.*, 1:18-cv-02238-LAK-RWL

Dear Judge Lehrburger:

     We write as counsel for Defendants in the above-referenced action to provide an update on the parties' settlement discussions and to respectfully request a further adjournment of Defendants' deadline to answer Plaintiff's Second Amended Complaint. As the parties previously informed the Court, the parties have reached a settlement. The agreement has now been fully executed, and the parties expect to file a stipulation of dismissal within thirty days, pending payment of the settlement proceeds. In light of the foregoing, Defendants respectfully request that the deadline to answer the Second Amended Complaint be further adjourned from the current deadline of December 14, 2019 to January 31, 2020 to allow the parties sufficient time to finalize the settlement and file the stipulation of dismissal as outlined above. Plaintiff consents to this request. This request has been submitted via email due to the confidential nature of the parties' settlement.

     We thank you again for your consideration and attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

Meredith I. Santana

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

December 12, 2019
Page 2

cc: Marcia B. Paul (via email)
James Rosenfeld (via email)
JoAnn Squillace (via email)
Stephen L. Drummond (via email)
Willie E. Gary (via email)
Carol N. Green Von Kaul (via email)
Larry A. Strauss (via email)
Loreal M. McDonald (via email)