UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

MICHAEL MAY a.k.a. FLOURGON,

           Plaintiff,

    - against -

SONY MUSIC ENTERTAINMENT; DESTINY HOPE CYRUS a.k.a. MILEY RAY CYRUS; SMILEY MILEY, INC.; THERON THOMAS; TIMOTHY THOMAS; MICHAEL LEN WILLIAMS II a.k.a. MIKE WILL MADE IT/ MIKE WILL; and LARRY RUDOLPH,

           Defendants.

---------------------------------------------------------------- x

Case No. 1:18-cv-02238 (LAK) (RWL)

Honorable Robert W. Lehrburger

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Michael May a.k.a. Flourgon ("Plaintiff"), on the one hand, and defendants Sony Music Entertainment, Destiny Hope Cyrus a.k.a. Miley Ray Cyrus, Smiley Miley, Inc., Theron Thomas, Timothy Thomas, Michael Len Williams II a.k.a. Mike Will Made It / Mike Will, and Larry Rudolph (collectively, "Defendants"), on the other hand, and their respective undersigned counsel, that this action shall be discontinued with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its or his own costs and attorneys' fees.

Dated: December 20, 2019

Respectfully submitted,

DRUMMOND & SQUILLACE PLLC

_/s/ Jillian Squillace_

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_/s/ James Rosenfeld_ /mms

JoAnn Squillace
Stephen Drummond
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Telephone: (718) 298-5050
Email: jsquillace@dswinlaw.com
       sdrummond@dswinlaw.com

*Counsel for Plaintiff*

Marcia B. Paul
James Rosenfeld
Meredith I. Santana
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Email: marciapaul@dwt.com
       jamesrosenfeld@dwt.com
       meredithsantana@dwt.com

*Counsel for Defendants*

2