AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 18-cv-02238-LAK | U.S. DISTRICT COURT |
| DATE FILED: 3/13/2018 | SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Michael May<br>an individual<br>also known as<br>Flourgon | Destiny Hope Cyrus<br>an individual<br>also known as<br>Miley Ray Cyrus, et al., |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☑ No | 1/3/2020 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | s/K.Mango | 1/3/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MICHAEL MAY a.k.a. FLOURGON,

                Plaintiff,

       - against -

SONY MUSIC ENTERTAINMENT; DESTINY
HOPE CYRUS a.k.a. MILEY RAY CYRUS;
SMILEY MILEY, INC.; THERON THOMAS;
TIMOTHY THOMAS; MICHAEL LEN
WILLIAMS II a.k.a. MIKE WILL MADE IT/
MIKE WILL; and LARRY RUDOLPH,

                Defendants.
---------------------------------------------------------------- x

Case No. 1:18-cv-02238 (LAK) (RWL)

Honorable Robert W. Lehrburger

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Michael May a.k.a. Flourgon ("Plaintiff"), on the one hand, and defendants Sony Music Entertainment, Destiny Hope Cyrus a.k.a. Miley Ray Cyrus, Smiley Miley, Inc., Theron Thomas, Timothy Thomas, Michael Len Williams II a.k.a. Mike Will Made It / Mike Will, and Larry Rudolph (collectively, "Defendants"), on the other hand, and their respective undersigned counsel, that this action shall be discontinued with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its or his own costs and attorneys' fees.

Dated:  December 20, 2019

Respectfully submitted,

DRUMMOND & SQUILLACE PLLC

*[signature]*

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*[signature]* James Rosenfeld /mrs

JoAnn Squillace
Stephen Drummond
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Telephone: (718) 298-5050
Email: jsquillace@dswinlaw.com
       sdrummond@dswinlaw.com

*Counsel for Plaintiff*

Marcia B. Paul
James Rosenfeld
Meredith I. Santana
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Email: marciapaul@dwt.com
       jamesrosenfeld@dwt.com
       meredithsantana@dwt.com

*Counsel for Defendants*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-398-562**

TX  (PA)  VA  SR  SRU

EFFECTIVE DATE OF REGISTRATION

11  20  2017
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1a** TITLE: WE RUN THINGS
English translation:

**1b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☑ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☐ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in ~~1988~~ (year)

**2a** AUTHOR(S):
Name: MICHAEL MAY          WYCLIFFE JOHNSON
Citizenship (when work was created): JAMAICA    JAMAICA
Domicile (when work was created): JAMAICA    JAMAICA
Date of death: N/A    SEPT 2009

**2b** Name: CLEVELAND BROWNE    HALDANE BROWNE
Citizenship (when work was created): JAMAICA    JAMAICA
Domicile (when work was created): JAMAICA    JAMAICA
Date of death: JAMAICA    JAMAICA

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1988
Nation: JAMAICA

**4a** OWNER(S) OF U.S. COPYRIGHT:
Name: MICHAEL MAY, WYCLIFFE JOHNSON, CLEVELAND BROWNE, HALDANE BROWNE
Address: 49 WHITEHALL AVE KGN 8
KINGSTON JAMAICA W.I.

**4b** Means by which copyright ownership was transferred (if owner is not the author):
N/A

APPLICATION RECEIVED
11/20/17
DEPOSIT RECEIVED
11/13/17 7" 45¢ L
FUNDS RECEIVED
11/13/17  11/20/17

\*Amended by CO. Authority of email dated 1/30/18.

| EXAMINED BY | ⟨signature⟩ | FORM GATT |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**5** LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

N/A

**6** PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

N/A

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼         Account Number ▼

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.   ☐ Same as space 4a.   ☐ Same as space 9.

GARTH CLARKE
145 CANAL ST, APT 509
SHELTON, CT 06484

Area or country code and telephone number ▶ 702 286 6829  Email ▶ GARTHCLARKE@YAHOO.COM   Fax number ▶

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one )
☐ Author
☐ Owner of U.S. copyright
☐ Agent of _____
    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: GARTH CLARKE        Date: 1/26/2018

☞ Handwritten signature (X) ▼
⟨signature⟩

**9** Certificate will be mailed in a window envelope to this address:
Name ▼ GARTH CLARKE
Number/Street/Apt ▼ 145 CANAL ST, APT 509
City/State/ZIP/Nation ▼ SHELTON CT 06484 USA

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit

MAIL TO:
Library of Congress
U.S. Copyright Office
101 Independence Avenue SE
Washington, DC 20559

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form GATT-Full  Revised: 11/2018  Printed on recycled paper                U.S. Government Printing Office: 2018-xxx-xxx/xx,xxx